Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No. 2-17-cv-03092-DMG-SK<br><br>**JOINT EXHIBIT LIST**<br><br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**FSC: December 3, 2019**<br>**Trial: January 14, 2020** |

**2-17-cv-03092-DMG-SK**

- 1 -
**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | January 2004 Memorandum to al BOP Health Services Staff | | |
| 2. | 10/01/13: Memorandum from Dr. Newton Kendig to all BOP Wardens including attachment | | |
| 3. | 10/31/13: Email from Susan Fritz re Valley Fever including attachments | | |
| 4. | 11/01/13: Email from Ricardo Willis re Valley Fever | | |
| 5. | 11/12/13: Email from Susan Fritz re Valley Fever Awareness Week in Arizona | | |
| 6. | 12/15/14: BOP Clinical Encounter Report | | |
| 7. | 12/22/15: BOP Clinical Encounter Report | | |
| 8. | 12/29/14: BOP Clinical Encounter Report | | |
| 9. | 01/09/15: BOP Clinical Encounter Note | | |
| 10. | 01/16/15: BOP Clinical Encounter Note | | |
| 11. | 02/26/15: BOP Clinical Encounter Note | | |
| 12. | Lab Report for Coccidioides Antibody ID collected on 03/04/15 | | |
| 13. | 03/05/15: BOP Clinical Encounter Note | | |
| 14. | 03/13/15: BOP Clinical Encounter Note | | |
| 15. | 03/26/15: BOP Administrative Note | | |
| 16. | 03/30/15: BOP Clinical Encounter Note | | |
| 17. | Lab Report for Complement (CH50) collected on 04/08/15 | | |

| 18. | 05/12/15: Offsite appointment confirmation with Dr. Rotkis | | |
|---|---|---|---|
| 19. | 05/12/15: Dr. Rotkis' Pulmonary Consultation Report | | |
| 20. | 05/20/15: BOP Clinical Encounter Note | | |
| 21. | Lab Report for Coccidioides Antibody ID collected on 06/03/15 | | |
| 22. | 07/10/15: BOP Clinical Encounter Note | | |
| 23. | 07/10/15: Email from Mr. Sandoval to Health Services | | |
| 24. | 07/13/15: Email from Mr. Sandoval to Pharmacy | | |
| 25. | 07/13/15: BOP email to Mr. Sandoval | | |
| 26. | 07/24/15: BOP Clinical Encounter Note | | |
| 27. | 08/10/15: Email from Mr. Sandoval to Health Services | | |
| 28. | 08/13/15: Email from Mr. Sandoval to Health Services | | |
| 29. | 08/14/15: BOP Clinical Encounter Note | | |
| 30. | 08/17/15: BOP email to Mr. Sandoval | | |
| 31. | Lab Report for Complement (CH50) collected on 08/19/15 | | |
| 32. | 08/23/15: BOP email to Mr. Sandoval | | |
| 33. | 08/24/15: BOP email to Mr. Sandoval | | |
| 34. | 08/24/15: Attempt at Informal Resolution | | |
| 35. | 09/10/15: BOP Administrative Note | | |
| 36. | 09/10/15: Email from Mr. Lunt to Mr. Sandoval | | |
| 37. | 09/11/15: Request for Administrative Remedy | | |

**2-17-cv-03092-DMG-SK**

**JOINT EXHIBIT LIST**

| 38. | 09/17/15: BOP Clinical Encounter Note | | |
|---|---|---|---|
| 39. | 09/21/15: BOP Administrative Note | | |
| 40. | 09/23/15: Quick Note from Pulmonary Associates of Southern Arizona | | |
| 41. | 10/05/15: BOP Clinical Encounter Report | | |
| 42. | 10/07/15: BOP Clinical Encounter Report | | |
| 43. | 10/07/15: Chest X-Ray Report | | |
| 44. | 10/27/15: BOP Clinical Encounter Report | | |
| 45. | 12/04/15: BOP Clinical Encounter Report | | |
| 46. | Lab Report for Coccidioides Antibody CF collected on 12/30/15 | | |
| 47. | 03/07/16: Chest X-Ray Report | | |
| 48. | Lab Report for Coccidioides Antibody CF collected on 05/05/16 | | |
| 49. | 10/18/16: Chest X-Ray Report | | |
| 50. | 11/26/16: BOP Clinical Encounter | | |
| 51. | 12/05/16: Chest X-Ray Report | | |
| 52. | 01/05/17: Email from Mr. Sandoval to Health Services | | |
| 53. | Lab Report for Coccidioides Antibody CF collected on 02/08/17 | | |
| 54. | 03/22/17: BOP Clinical Encounter | | |
| 55. | 03/23/17: Email from Mr. Sandoval to Health Services | | |
| 56. | 03/30/17: Email from Mr. Sandoval to Health Services | | |
| 57. | 04/04/17: Chest X-Ray Report | | |

**2-17-cv-03092-DMG-SK**

**- 4 -**
**JOINT EXHIBIT LIST**

| 58. | 04/19/17: Inmate Request to Staff | | |
| 59. | 04/19/17: Email from Mr. Sandoval to Dr. Gulani | | |
| 60. | 04/24/17: Email from Mr. Sandoval to Mr. Corazca | | |
| 61. | 06/06/17: Email from Mr. Sandoval to Health Services | | |
| 62. | 07/19/17: BOP Clinical Encounter | | |
| 63. | 07/25/17: Email from Mr. Sandoval to Dr. Spitz | | |
| 64. | 07/31/17: Letter from Mr. Sandoval to the Joint Commission | | |
| 65. | 08/22/17: BOP Clinical Encounter | | |
| 66. | Lab Report Coccidioides Antibody CF collected on 08/13/17 | | |
| 67. | 08/31/17: Email from Mr. Sandoval to Health Services | | |
| 68. | 09/05/17: Email from Mr. Sandoval to Health Services | | |
| 69. | 09/06/17: Inmate Request to Staff | | |
| 70. | 09/06/17: Email from Mr. Sandoval to Health Services | | |
| 71. | 09/08/17: Request for Administrative Remedy | | |
| 72. | 09/12/17: Inmate Request to Staff | | |
| 73. | 09/12/17: BOP Clinical Encounter | | |
| 74. | 09/13/17: Dr. Lynn Fitzgibbons' Initial Consultation Report | | |
| 75. | 10/03/17: Letter to Dr. Lynn Fitzgibbons from Mr. Sandoval | | |

| 76. | Lab Report for ANA Testing collected on 10/18/17 | | |
|---|---|---|---|
| 77. | 11/06/17: BOP Clinical Encounter | | |
| 78. | 11/16/17: BOP Clinical Encounter | | |
| 79. | 12/11/17: Memorandum to Inmate Population from Warden Steve Langford | | |
| 80. | 12/19/17: Dr. Lynn Fitzgibbons' Follow-up Progress Note | | |
| 81. | 12/19/17: Email from Mr. Sandoval to Health Services | | |
| 82. | 12/22/17: BOP Clinical Encounter | | |
| 83. | Lab Report for Coccidioides CF collected on 12/27/17 | | |
| 84. | 01/19/18: Medical Records from Santa Barbara Pulmonary Associates | | |
| 85. | 01/19/18: Pulmonary Consultation Report | | |
| 86. | Lab Report for Coccidioides Antibody CF collected on 01/24/18 | | |
| 87. | Lab Report for Complement (CH50) collected on 01/24/18 | | |
| 88. | 02/01/18: Email from Mr. Sandoval to Health Services | | |
| 89. | 02/26/18: Chest X-Ray Report | | |
| 90. | 03/05/18: Rheumatology Consultation Report | | |
| 91. | 03/05/18: Rheumatology Progress Note from Dr. Martin Berry | | |
| 92. | 04/30/18: BOP Clinical Encounter Note | | |

| 93. | 04/30/18: Chest X-Ray Report | | |
| 94. | 05/03/18: BOP Clnical Encounter Report | | |
| 95. | 05/03/18: Email from Mr. Sandoval to Health Services | | |
| 96. | 05/10/18: Email from Mr. Sandoval to Health Services | | |
| 97. | 05/10/18: BOP Medication Reconciliation Encounter | | |
| 98. | Lab Report for Coccidioides Antibody CF and ID collected on 05/10/18 | | |
| 99. | 05/15/18: BOP Clinical Encounter Report | | |
| 100. | 06/04/18: Email from Mr. Sandoval to Health Services | | |
| 101. | 06/06/18: Quest Diagnostics Lab Reports [7pgs] | | |
| 102. | 07/18/18: Dr. Lynn Fitzgibbons' Follow-up Progress Note | | |
| 103. | 08/15/18: BOP Clinical Encounter Note | | |
| 104. | Lab Report for Coccidioides Antibody CF collected on 08/15/18 | | |
| 105. | 08/24/18: Chest X-Ray Report | | |
| 106. | 10/02/18: BOP Clinical Encounter Note | | |
| 107. | 10/17/18: Dr. Lynn Fitzgibbons' Follow-up Progress Note | | |
| 108. | 10/21/18: Email from Mr. Sandoval to Warden | | |
| 109. | Lab Report for Coccidioides Antibody CF and ID collected on 01/03/19 | | |
| /// | | | |

**JOINT EXHIBIT LIST**

| 110. | 01/03/19: Email from Mr. Sandoval to Health Services | | |
|---|---|---|---|
| 111. | 02/01/19: Chest X-Ray Report | | |
| 112. | 03/27/19: Dr. Lynn Fitzgibbons' Follow-up Progress Note | | |
| 113. | 03/28/19: BOP Clinical Encounter Report | | |
| 114. | Lab Report for Coccidioides AB, CF & Serum collected 06/05/19 | | |
| 115. | Lab Report for ANCA Vasculitides collected on 06/12/19 | | |
| 116. | 06/15/19: Rheumatology Consultation Request | | |
| 117. | 06/18/19: Rheumatology Consultation Request | | |
| 118. | 07/03/19: BOP Clinical Encounter Note | | |
| 119. | 07/03/19: Email from Mr. Sandoval to Health Services | | |
| 120. | 07/05/19: BOP Clinical Encounter Note | | |
| 121. | 07/12/19: BOP Clinical Encounter Note | | |
| 122. | 07/12/19: Consultation Report from Rheumatologist, Dr. Martin Berry | | |
| 123. | 07/12/19: Rheumatology Progress Note from Dr. Martin Berry | | |
| 124. | 08/19/19: BOP Clinical Encounter Note | | |
| 125. | 08/19/19: Email from Mr. Sandoval to Health Services | | |
| 126. | Lab Report for Complement CH and ANA screen collected on 08/21/19 | | |
| /// | | | |

2-17-cv-03092-DMG-SK

- 8 -
**JOINT EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 127. | 09/09/19: Email from Mr. Sandoval to Health Services | | |
| 128. | 09/21/19: BOP Clinical Encounter Note | | |
| 129. | 09/23/19: BOP Clinical Encounter Note | | |
| 130. | 09/24/19: BOP Clinical Encounter Note | | |
| 131. | 10/02/19: Authorization for Release of Medical Information | | |
| 132. | Lab Report for Buttock Specimen & sent for Culture on 10/07/19 | | |
| 133. | 10/09/19: Dr. Lynn Fitzgibbons' Follow-up Progress Note | | |
| 134. | 10/25/19: BOP Clinical Encounter Note | | |
| 135. | 10/30/19: BOP Rheumatology Consultation Request | | |
| 136. | 10/30/19: BOP Clinical Encounter Note | | |
| 137. | 11/06/19: BOP Clinical Encounter Note | | |
| 138. | 11/19/19: BOP Clinical Encounter Note | | |
| 139. | 11/20/19: BOP Clinical Encounter Note | | |
| 140. | Safford Inmate Orientation Handbook | | |
| 141. | Billing Records from Santa Barbara Pulmonary Associates | | |
| 142. | Billing Records from Rheumatology Services San Luis Obispo | | |
| 143. | Billing Records from Quest Diagnostics for services provided to Mr. Sandoval | | |
| 144. | Billing Records from Stat Rad for services provided to Mr. Sandoval | | |
| 145. | Billing Records from Santa Barbara County Public Health Department for services provided to Mr. Sandoval | | |

2-17-cv-03092-DMG-SK

**JOINT EXHIBIT LIST**

| 146. | Billing Records from Dianassociates for services provided to Mr. Sandoval | | |
|------|------|--|--|
| 147. | Curriculum Vitae for Royce Johnson, M.D. | | |
| 148. | Curriculum Vitae for Peter Jamarillo, CIH | | |
| 149. | Curriculum Vitae for Lynn Fitzgibbons, M.D. | | |
| 150. | Curriculum Vitae for Jenny McNulty, CPA, M.B.A. | | |
| 201. | 2014 Infection Prevention and Control Surveillance Report (Inmates), January 15, 2015 (USA000816–USA000819) | | |
| 202. | 2015 Infection Prevention and Control Surveillance Report (Inmates), January 21, 2016 (USA000820–USA000823) | | |
| 203. | Detainer Action Letter, January 28, 2010 (USA000841–USA000843) | | |
| 204. | Sentence Monitoring Computation Data, June 18, 2019 (USA000837–USA000840) | | |
| 205. | Medical Duty Status for Oscar Sandoval, April 14, 2018 (USA000118) | | |
| 206. | Medical Duty Status for Oscar Sandoval, June 17, 2018 (USA000117) | | |
| 207. | Medical Duty Status for Oscar Sandoval, July 12, 2019 (USA001008) | | |
| 208. | Expert Report from Ben Kollmeyer, MPH, CIH | | |
| 209. | Expert Report from Antonino Catanzaro, M.D. | | |
| 210. | Curriculum Vita for Antonino Catanzaro, M.D. | | |
| 211. | Expert Report from Roger Thrush, Ph.D | | |
| 212. | Curriculum Vita for Roger Thrush, Ph.D | | |
| 213. | Expert Report from Stephanie Engler, RN, MSNEd, CLCP | | |
| 214. | Curriculum Vita for Stephanie Engler, RN, MSNEd, CLCP | | |

**JOINT EXHIBIT LIST**

| 215. | Expert Report from Jerald Udinsky, Ph.D, A.S.A. | | |
|---|---|---|---|

Respectfully submitted,

Dated: November 29, 2019          BERTLING LAW GROUP, INC.


                                  */s/ Peter G. Bertling*
                                  Peter G. Bertling
                                  Attorneys for Plaintiff
                                  OSCAR SANDOVAL


Dated: November 29, 2019          NICOLA T. HANNA
                                  United States Attorney
                                  DAVID M. HARRIS
                                  Assistant United States Attorney
                                  Chief, Civil Division
                                  JOANNE S. OSINOFF
                                  Assistant United States Attorney
                                  Chief, General Civil Section

                                  */s/ Timothy D. Biché*
                                  Timothy D. Biché
                                  Assistant United States Attorney
                                  Attorneys for Defendant
                                  UNITED STATES OF AMERICA

2-17-cv-03092-DMG-SK

**JOINT EXHIBIT LIST**