Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 2-17-cv-03092-DMG-SK<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**FSC: December 3, 2019**<br>**Trial: January 14, 2020** |

　　　　Plaintiff OSCAR SANDOVAL, an individual, by and through his attorney of record, Peter G. Bertling of Bertling Law Group, and pursuant to Federal Rules of Civil Procedure section 26(a) and U.S. Central District of California Local Rule 16-5, and pursuant to this Court's Order of June 7, 2019 (modified on or about September 17, 2019), the plaintiff hereby submits the following list of witnesses whom they may call at trial:

　　　　1.　　Oscar Sandoval, plaintiff.

　　　　2.　　EXPERT WITNESS: Royce Johnson, M.D., 6401 Truxtun Ave, Bakersfield, CA 93306; 661-664-2200.

///

3. EXPERT WITNESS: Peter Jaramillo, Delta Bay Consultants, LLC, P.O. Box 2385, Antioch, CA 94531; 925-984-6561.

4. EXPERT WITNESS: Jennie McNulty, CPA, MBA., VWM Analytics, 445 South Figueroa Street, Suite 3700, Los Angeles, CA 90071; 213-817-6600.

5. EXPERT WITNESS: Ben Kollmeyer, MPH, CIH, Forensic Analytical Consulting Services, Inc., 2959 Pacific Commerce Drive, Rancho Dominguez, CA 90221. *

6. EXPERT WITNESS: Antonino Catanzaro, M.D., University of California, San Diego, 9500 Gilman, Stein Clinical Research Building, MC0643, La Jolla, CA 92093. *

7. EXPERT WITNESS: Stephanie Engler, R.N., MSNEd, CLCO, Engler Life Care Planning, LLC, 1011 Windsor Park Drive, Bakersfield, CA 93311. *

8. Lynn Fitzgibbons, M.D., (Mr. Sandoval's treating physician), Health Care Centers, 315 Camino Del Remedio, Santa Barbara, CA 93110.

9. Richard S. Lunt, FNP, (Bureau of Prisons treating physician) Advanced Health & Wellness AZ, 1491 W. Thatcher Blvd., Safford, AZ 85546.

10. Martin Berry, M.D., (Mr. Sandoval's treating physician) Rheumatology Services San Luis Obispo, 77 Casa Street, Suite 101, San Luis Obispo, CA 93405; 661-695-8385.

11. Jaspal Dhaliwal, M.D. (Mr. Sandoval's treating physician) 430 S Blosser Road, Santa Maria, CA 93458.

12. Hilda Sandoval (Mr. Sandoval's mother) 1410 E. 77 Street, Los Angeles, CA 90001.

13. Eduardo Sandoval (Mr. Sandoval's brother) 1410 E. 77 Street, Los Angeles, CA 90001.

14. Oscar Sandoval (Mr. Sandoval's son) 15007 Lemoli Ave., Apt. 7, Gardena, CA 90249.

///

15. Briana Sandoval (Mr. Sandoval's daughter) 15007 E. Lemoli Ave., Apt. 7, Gardena, CA 90249.

Dated: November 29, 2019

Respectfully submitted,

BERTLING LAW GROUP, INC.

*/s/ Peter G. Bertling*
Peter G. Bertling
Attorneys for Plaintiff
OSCAR SANDOVAL