Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| OSCAR SANDOVAL,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. 2-17-cv-03092-DMG-SK<br><br>**NOTICE OF LODGING OF PRETRIAL CONFERENCE ORDER**<br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**FSC: December 3, 2019**<br>**Trial: January 14, 2020** |
|---|---|

    Plaintiff OSCAR SANDOVAL hereby gives notice that Plaintiff has lodged the (Proposed) Pretrial Conference Order.

|  | Respectfully submitted, |
|---|---|
| Dated: November 29, 2019 | BERTLING LAW GROUP, INC.<br><br>*/s/ Peter G. Bertling*<br>Peter G. Bertling<br>Attorneys for Plaintiff<br>OSCAR SANDOVAL |