NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY D. BICHE (Cal. Bar No. 293363)
Assistant United States Attorney
DAMON A. THAYER (Cal. Bar No. 258821)
Assistant United States Attorney
          Federal Building, Suite 7516
          300 North Los Angeles Street
          Los Angeles, California 90012
          Telephone:  (213) 894-7354
                           (213) 894-6585
          Facsimile:  (213) 894-7819
          E-mail:      timothy.biche@usdoj.gov
                           damon.thayer@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 17-03092 DMG (SKx)<br><br>**DEFENDANT UNITED STATES OF AMERICA'S WITNESS LIST**<br><br>[Local Rule 16-5]<br><br>Pretrial Conference:  December 3, 2019<br>Trial:                      January 14, 2020<br><br>Honorable Dolly M. Gee<br>United States District Judge |

Pursuant to Central District Local Rule 16-5, defendant the United States of America submits the following Witness List:

1.  James Pelton, M.D.,
    791 Chambers Road
    Aurora, CO 80011

2.  Ben Kollmeyer, MPH, CIH,
    2959 Pacific Commerce Drive
    Rancho Dominguez, CA 90221

3.  Antonino Catanzaro, M.D.,
    9500 Gilman
    Stein Clinical Research Building, MC0643
    La Jolla, CA 92093-0643

4.  Stephanie Engler, RN, MSNEd, CLCP,
    1011 Windsor Park Drive
    Bakersfield, CA 93311

5.  Roger Thrush, Ph.D., CRC, LPCC,
    7777 Alvarado Rd., Suite 257
    La Mesa, CA 91942-8216

6.  Gerald Udinsky, Ph.D., A.S.A.,
    2941 Telegraph Ave.
    Berkeley, CA 94705

7.  Oscar Sandoval*
    Federal Correctional Institution - Lompoc
    3600 Guard Road
    Lompoc CA 93436

8.  Peter Jaramillo, MS, CIH,*
    2344 Foothill Drive
    Antioch, CA 94509

9.  Royce Johnson, M.D.,*
    1700 Mt. Vernon Avenue
    Bakersfield, CA 93306

1

1

2    10.    Lynn Fitzgibbons, M.D.,*
            345 Camino del Remedio
3           Santa Barbra, CA 93110

4    11.    Jennie McNulty, C.P.A., M.B.A,*
            445 S. Figueroa Street
5           Suite 3700
            Los Angeles, CA 90071
6

7

8    *If the need arises.

9

10   Dated: November 29, 2019              Respectfully submitted,

11                                         NICOLA T. HANNA
                                           United States Attorney
12                                         DAVID M. HARRIS
                                           Assistant United States Attorney
13                                         Chief, Civil Division
                                           JOANNE S. OSINOFF
14                                         Assistant United States Attorney
                                           Chief, General Civil Section
15
                                             /s/ Timothy D. Biché
16                                         TIMOTHY D. BICHE
                                           Assistant United States Attorney
17
                                             /s/ Damon A. Thayer
18                                         DAMON A. THAYER
                                           Assistant United States Attorney
19
                                           Attorneys for Defendant
20                                         United States of America

21

22

23

24

25

26

27

28