NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY D. BICHE (Cal. Bar No. 293363)
Assistant United States Attorney
DAMON A. THAYER (Cal. Bar No. 258821)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-7354
                           (213) 894-6585
    Facsimile:   (213) 894-7819
    E-mail:       timothy.biche@usdoj.gov
                           damon.thayer@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. CV 17-03092 DMG (SKx)<br><br>**DEFENDANT UNITED STATES OF AMERICA'S WITNESS TIME ESTIMATE**<br><br>Pretrial Conference: December 3, 2019<br>Trial:                   January 14, 2020<br><br>Honorable Dolly M. Gee<br>United States District Judge |

Pursuant to the Court's September 17, 2019 Order granting the United States' *Ex Parte* Application for an Order Continuing the Motion Filing Cutoff, the United States hereby submits the following trial witness time estimates:

| Witness | Cross-Examination Time Estimate | Redirect Examination Time Estimate |
| --- | --- | --- |
| Oscar Sandoval (Plaintiff) | 30 minutes | N/A |
| Royce Johnson, M.D. | 30 minutes | N/A |
| Peter Jaramillo | 30 minutes | N/A |
| Jennie McNulty | 30 minutes | N/A |
| Lynn Fitzgibbons, M.D. | 30 minutes | N/A |
| Richard S. Lunt, FNP | 15 minutes | N/A |
| Martin Berry, M.D. | 15 minutes | N/A |
| Jaspal Dhaliwal, M.D. | 15 minutes | N/A |
| Hilda Sandoval | 10 minutes | N/A |
| Eduardo Sandoval | 10 minutes | N/A |
| Oscar Sandoval | 10 minutes | N/A |
| Briana Sandoval | 10 minutes | N/A |
| James Pelton, M.D. | N/A | 15 minutes |
| Ben Kollmeyer, MPH, CIH | N/A | 15 minutes |
| Antonino Catanzaro, M.D. | N/A | 15 minutes |
| Stephanie Engler, RN, MSNEd, CLCP | N/A | 15 minutes |
| Roger Thrush, Ph.D., CRC, LPCC | N/A | 15 minutes |
| Gerald Udinsky, Ph.D., A.S.A. | N/A | 15 minutes |

/ / /

/ / /

1

1  The United States provides these time estimates without prejudice to any
2 objections it may have to the testimony of any witnesses pursuant to the Federal Rules of
3 Evidene, or any objection that witnesses were not properly disclosed pursuant to Federal
4 Rule of Civil Procedure 26(3)(A).

Dated: November 29, 2019                Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ Timothy D. Biché
TIMOTHY D. BICHÉ
Assistant United States Attorney

 /s/ Damon A. Thayer
DAMON A. THAYER
Assistant United States Attorney

Attorneys for Defendant
United States of America