Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2-17-cv-03092-DMG-SK<br><br>**PLAINTIFF'S TRIAL WITNESS TIME ESTIMATE FORM**<br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**FSC: December 3, 2019**<br>**Trial: January 14, 2020** |

| No. | Witness | | | |
|---|---|---|---|---|
| 1. | **Berry, Martin, M.D.** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 30 min |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Treating physician regarding damages. | | |
| No. | Witness | | | |
| 2. | **Catanzaro, Antonino, M.D.** | | | |
| | Direct Examiner | Defendant | Direct Exam Time Est: | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | Cross Examiner | Plaintiff | Cross Exam Time Est: | 45 min |
|   |   | Brief Description of Testimony |   |   |   |
|   | No. | Witness |   |   |   |
|   | 3. | **Dhaliwal, Jaspal, M.D.** |   |   |   |
|   |   | Direct Examiner | Plaintiff | Direct Exam Time Est: | 45 min |
|   |   | Cross Examiner | Defendant | Cross Exam Time Est: |   |
|   |   | Brief Description of Testimony | Prior treating physician regarding damages. |   |   |
|   | No. | Witness |   |   |   |
|   | 4. | **Engle, Stephanie** |   |   |   |
|   |   | Direct Examiner | Defendant | Direct Exam Time Est: |   |
|   |   | Cross Examiner | Plaintiff | Cross Exam Time Est: | 30 min |
|   |   | Brief Description of Testimony |   |   |   |
|   | No. | Witness |   |   |   |
|   | 5. | **Fitzgibbons, Lynn, M.D.** |   |   |   |
|   |   | Direct Examiner | Plaintiff | Direct Exam Time Est: | 1 hr |
|   |   | Cross Examiner | Defendant | Cross Exam Time Est: |   |
|   |   | Brief Description of Testimony | Treating physician regarding damages. |   |   |
|   | No. | Witness |   |   |   |
|   | 6. | **Jaramillo, Peter** |   |   |   |
|   |   | Direct Examiner | Plaintiff | Direct Exam Time Est: | 45 min |
|   |   | Cross Examiner | Defendant | Cross Exam Time Est: |   |
|   |   | Brief Description of Testimony | Plaintiff's expert regarding prevention and causation. |   |   |

| No. | Witness | | | |
|---|---|---|---|---|
| 7. | **Johnson, Royce, M.D.** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 1 hr |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Plaintiff's expert regarding prevention, causation and damages. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 8. | **Kollmeyer, Ben** | | | |
| | Direct Examiner | Defendant | Direct Exam Time Est: | |
| | Cross Examiner | Plaintiff | Cross Exam Time Est: | 45 min |
| | Brief Description of Testimony | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 9. | **Lunt, Richard S, FNP** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 1 hr |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Prior treating nurse practitioner regarding damages. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 10. | **McNulty, Jennie** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 45 min |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Plaintiff's economist regarding damages. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 11. | **Pelton, James, M.D.** | | | |
| | Direct Examiner | Defendant | Direct Exam Time Est: | |

| | | | | |
|---|---|---|---|---|
| | Cross Examiner | Plaintiff | Cross Exam Time Est: | 30 min |
| | Brief Description of Testimony | | | |
| No. | Witness | | | |
| 12. | **Sandoval, Briana** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 15 min |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Plaintiff's daughter. | | |
| No. | Witness | | | |
| 13. | **Sandoval, Eduardo** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 15 min |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Plaintiff's brother. | | |
| No. | Witness | | | |
| 14. | **Sandoval, Hilda** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 15 min |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Plaintiff's mother. | | |
| No. | Witness | | | |
| 15. | **Sandoval, Oscar** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 1 hr 30 min |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Plaintiff. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 16. | **Sandoval, Oscar, Jr** | | | |
| | Direct Examiner | Plaintiff | Direct Exam Time Est: | 15 min |
| | Cross Examiner | Defendant | Cross Exam Time Est: | |
| | Brief Description of Testimony | Plaintiff's son. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 17. | **Thrush, Roger, Ph.D., CRC, LPCC** | | | |
| | Direct Examiner | Defendant | Direct Exam Time Est: | |
| | Cross Examiner | Plaintiff | Cross Exam Time Est: | 30 min |
| | Brief Description of Testimony | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 18. | **Udinsky, Gerald, Ph.D., A.S.A** | | | |
| | Direct Examiner | Defendant | Direct Exam Time Est: | |
| | Cross Examiner | Plaintiff | Cross Exam Time Est: | 30 min |
| | Brief Description of Testimony | | | |

Dated: December 2, 2019

Respectfully submitted,

BERTLING LAW GROUP, INC.

*/s/ Peter G. Bertling*
Peter G. Bertling
Attorneys for Plaintiff
OSCAR SANDOVAL

2:17-cv-03092-DMG-SK
- 5 -
**PLAINTIFF'S TRIAL WITNESS TIME ESTIMATE FORM**