1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No. 2-17-cv-03092-DMG-SK<br><br>**PRETRIAL EXHIBIT STIPULATION**<br><br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br><br>**Trial: January 14, 2020** |

**2-17-cv-03092-DMG-SK**

- 1 -
**PRETRIAL EXHIBIT STIPULATION**

**Plaintiff's Exhibits**

| Exhibit No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 1. | January 2004 Memorandum to all BOP Health Services Staff | FRE 401: Irrelevant | The document is relevant to show notice of cocci dangers and nature of information that should have been conveyed to inmates. |
| 2. | 10/1/13: Memorandum from Dr. Newton Kendig to all BOP Wardens including attachment | FRE 401: Irrelevant | The document is relevant to Plaintiff's failure to warn claim and includes, in part, the nature of the warning that were required to be given to all inmates at FCI Safford. |
| 3. | 10/31/13: Email from Susan Fritz re Valley Fever including attachments | FRE 401: Irrelevant FRE 602: Document lacks foundation. | The document was produced by the Defendant in response to discovery regarding Dr. Kendig's October 1, 2013 memo as authorized/ordered by this Court [Doc. 78.] It is relevant to Plaintiff's failure to warn claim and includes, in part, the nature of the warning that were required to |

| | | | |
|---|---|---|---|
| | | | be given to all inmates at FCI Safford. |
| 4. | 11/1/13: Email from Ricardo Willis re Valley Fever | FRE 401: Irrelevant FRE 602: Document lacks foundation. | The document was produced by the Defendant in response to discovery regarding Dr. Kendig's October 1, 2013 memo as authorized/ordered by this Court [Doc. 78.] It is relevant to Plaintiff's failure to warn claim and includes, in part, the nature of the warning that were required to be given to all inmates at FCI Safford. |
| 5. | 11/12/13: Email from Susan Fritz re Valley Fever Awareness Week in Arizona | FRE 401: Irrelevant FRE 602: Document lacks foundation. | The document was produced by the Defendant in response to discovery regarding Dr. Kendig's October 1, 2013 memo as authorized/ordered by this Court [Doc. 78.] It is relevant to Plaintiff's theory and includes, in part, the nature of the warning |

| | | | |
|---|---|---|---|
| | | | that were required to be given to all inmates at FCI Safford. |
| 6. | Compilation of Selected 2014 BOP Medical Records Prepared by Plaintiff | Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit contains the Plaintiff's medical records from the BOP and is relevant to prove the nature and extent of his damages and timing of events. In addition, the documents contained in this exhibit were relied upon by the experts in this case to formulate their opinions regarding damages.  The documents are not being offered to establish negligence based on the Court's ruling on Defendant's MIL # 1. |
| 7. | Compilation of Selected 2015 BOP Medical Records Prepared by Plaintiff | Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit contains the Plaintiff's medical records from the BOP and is relevant to prove the nature and extent of his damages and timing of events. In |

| | | | |
|---|---|---|---|
| | | | addition, the documents contained in this exhibit were relied upon by the experts in this case in order to formulate their opinions regarding damages. The documents are not being offered to establish negligence based on the Court's ruling on Defendant's MIL # 1. |
| 8. | Compilation of Selected 2016 BOP Medical Records Prepared by Plaintiff | Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit contains the Plaintiff's medical records from the BOP and is relevant to prove the nature and extent of his damages and timing of events. In addition, the documents contained in this exhibit were relied upon by the experts in this case to formulate their opinions regarding damages. The documents are not being offered to establish negligence based on the Court's |

| | | | |
|---|---|---|---|
| | | | ruling on Defendant's MIL # 1. |
| 9. | Compilation of Selected 2017 BOP Medical Records Prepared by Plaintiff | Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay Further, the United States does not stipulate to the authenticity of this document to the extent it is comprised of documents not produced by the United States | This exhibit contains the Plaintiff's medical records from the BOP and is relevant to prove the nature and extent of his damages and timing of events. In addition, the documents contained in this exhibit were relied upon by the experts in this case to formulate their opinions regarding damages.  The documents are not being offered to establish negligence based on the Court's ruling on Defendant's MIL # 1. |
| 10. | Compilation of Selected 2018 BOP Medical Records Prepared by Plaintiff; including certain records from 2017 | Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay Further, the United States does not stipulate to the | This exhibit contains the Plaintiff's medical records from the BOP and is relevant to prove the nature and extent of his damages and timing of events. In addition, the documents contained |

PRETRIAL EXHIBIT STIPULATION

| | | | |
|---|---|---|---|
| | | authenticity of this document to the extent it is comprised of documents not produced by the United States | in this exhibit were relied upon by the experts in this case to formulate their opinions regarding damages.  The documents are not being offered to establish negligence based on the Court's ruling on Defendant's MIL # 1.  Defendant fails to identify any document in this exhibit which they did "not produce" during discovery which they should have produced. |
| 11. | Compilation of Selected 2019 BOP Medical Records Prepared by Plaintiff | Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay Further, the United States does not stipulate to the authenticity of this document to the extent it is comprised of documents not | This exhibit contains the Plaintiff's medical records from the BOP and is relevant to prove the nature and extent of his damages and timing of events. In addition, the documents contained in this exhibit were relied upon by the experts in this case to formulate their |

PRETRIAL EXHIBIT STIPULATION

| | | produced by the United States | opinions regarding damages.  The documents are not being offered to establish negligence based on the Court's ruling on Defendant's MIL # 1.  Defendant fails to identify any document in this exhibit which they did "not produce" during discovery which they should have produced. |
|---|---|---|---|
| 12. | 7/10/15: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation.  Defendant is not prejudiced by its admission because it |

| | | | is a document they have had under their possession, custody and control. |
|---|---|---|---|
| 13. | 8/10/15: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation. Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 14. | 8/13/15: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email |

| | | | |
|---|---|---|---|
| | | Order re MIL # 1<br>FRE 401: Irrelevant<br>FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation.  Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 15. | 8/25/15: BOP email to Mr. Sandoval | Order re Deft.'s MSJ, Order re MIL # 1<br>FRE 401: Irrelevant<br>FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their |

| | | | possession, custody and control. |
|---|---|---|---|
| 16. | 8/24/15: Attempt at Informal Resolution | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 17. | 9/10/15: Email from Mr. Lunt to Mr. Sandoval | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation |

| | | | and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
|---|---|---|---|
| 18. | 9/11/15: Request for Administrative Remedy | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 19. | 1/5/17: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through |

| | | FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
|---|---|---|---|
| 20. | 3/23/17: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |

| | | | |
|---|---|---|---|
| 21. | 4/19/17: Inmate Request to Staff | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant. This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 22. | 4/19/17: Email from Mr. Sandoval to Dr. Gulani | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for |

| | | | this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
|---|---|---|---|
| 23. | 4/24/17: Email from Mr. Sandoval to Mr. Corazca | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 24. | 6/6/17: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part |

| | | | |
|---|---|---|---|
| | | should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 25. | 7/25/17: Email from Mr. Sandoval to Dr. Spitz | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant. This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their |

| | | | |
|---|---|---|---|
| | | | possession, custody and control. |
| 26. | 9/5/17: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 27. | 9/6/17: Inmate Request to Staff | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant. This email was sent to the Defendant through the BOP's email system.  Defendant's |

| | | | FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
|---|---|---|---|---|
| | 28. | 9/6/17: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| | 29. | 9/8/17: Request for Administrative Remedy | This document was requested by the | This exhibit is relevant to Plaintiff's |

| | | | |
|---|---|---|---|
| | | United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | damages and should actually have been produced by the Defendant. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 30. | 10/3/17: Letter to Dr. Lynn Fitzgibbons from Mr. Sandoval | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is not being offered to establish negligence based on the Court's ruling on Defendant's MIL # 1. It is being offered to establish Plaintiff's damages. |
| 31. | 12/11/17: Memorandum to Inmate Population from | This document was requested by the | This exhibit is relevant to prove the |

| | | | |
|---|---|---|---|
| | Warden Steve Langford | United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant as it pertains to a facility other than FCI Safford FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay FRE 602: Lacks foundation | fact Plaintiff would have used a mask if he had been informed one was available. It is also relevant to prove the Defendant had a simple, cost effective means of notifying inmates that n95 masks were available for use. The Defendant is the one who prepared this memo and it does not lack foundation. Defendant's RFP No. 15 did not specifically ask for this documentation. |
| 32. | 12/19/17: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should have been produced by the Defendant because it is part of Plaintiff's medical records. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for |

**PRETRIAL EXHIBIT STIPULATION**

| | | | |
|---|---|---|---|
| | | | this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 33. | 5/3/18: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 34. | 5/10/18: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. | This exhibit is relevant to Plaintiff's damages and should actually have been |

| | | 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | produced by the Defendant as it is part of Plaintiff's medical records. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| --- | --- | --- | --- |
| 35. | 6/4/18: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not |

| | | | |
|---|---|---|---|
| | | | prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 36. | 10/21/18: Email from Mr. Sandoval to Warden | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant. This email was sent to the Defendant through the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 37. | 1/3/19: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records.  This email |

| | | Order re MIL # 1<br>FRE 401: Irrelevant<br>FRE 403: Needlessly<br>cumulative, unfairly<br>prejudicial, undue<br>delay | was sent to the<br>Defendant through<br>the BOP's email<br>system.  Defendant's<br>RFP No. 15 did not<br>specifically ask for<br>this documentation<br>and Defendant is not<br>prejudiced by its<br>admission because it<br>is a document they<br>have had under their<br>possession, custody<br>and control. |
|---|---|---|---|
| 38. | 7/3/19: Email from Mr.<br>Sandoval to Health Services | This document was<br>requested by the<br>United States in<br>discovery (RFP no.<br>15), but not produced<br>by Plaintiff, and<br>should be excluded<br>Order re Deft.'s MSJ,<br>Order re MIL # 1<br>FRE 401: Irrelevant<br>FRE 403: Needlessly<br>cumulative, unfairly<br>prejudicial, undue<br>delay | This exhibit is<br>relevant to Plaintiff's<br>damages and should<br>actually have been<br>produced by the<br>Defendant as it is part<br>of Plaintiff's medical<br>records.  This email<br>was sent to the<br>Defendant through<br>the BOP's email<br>system.  Defendant's<br>RFP No. 15 did not<br>specifically ask for<br>this documentation<br>and Defendant is not<br>prejudiced by its<br>admission because it<br>is a document they<br>have had under their |

| | | | possession, custody and control. |
|---|---|---|---|
| 39. | 8/19/19: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records. This email was sent to the Defendant through the BOP's email system. Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
| 40. | 9/9/19: Email from Mr. Sandoval to Health Services | This document was requested by the United States in discovery (RFP no. 15), but not produced by Plaintiff, and should be excluded Order re Deft.'s MSJ, Order re MIL # 1 FRE 401: Irrelevant | This exhibit is relevant to Plaintiff's damages and should actually have been produced by the Defendant as it is part of Plaintiff's medical records. This email was sent to the Defendant through |

| | | FRE 403: Needlessly cumulative, unfairly prejudicial, undue delay | the BOP's email system.  Defendant's RFP No. 15 did not specifically ask for this documentation and Defendant is not prejudiced by its admission because it is a document they have had under their possession, custody and control. |
|---|---|---|---|
| 41. | Safford Inmate Orientation Handbook | | |

**Defendant's Exhibits**

| Exhibit No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 201. | 2014 Infection Prevention and Control Surveillance Report (Inmates), January 15, 2015 (USA000816–USA000819) | Hearsay. Lacks foundation and authentication. | FRE 803(6): Document falls under business record exception |
| 202. | 2015 Infection Prevention and Control Surveillance Report (Inmates), January 21, 2016 (USA000820–USA000823) | Hearsay. Lacks foundation and authentication. | FRE 803(6): Document falls under business record exception |
| 203. | Detainer Action Letter, January 28, 2010 (USA000841–USA000843) | Irrelevant.  This document was prepared nearly 10 years ago. There is a lack of foundation that the California sentencing laws which existed in | Document addresses when Plaintiff is likely to be released from custody. Plaintiff has not made any showing that Detainer Action Letter has been |

| | | | |
|---|---|---|---|
| | | 2010 are still applicable in 2020. | vacated. Plaintiff's arguments go to weight not admissibility. |
| 204. | Sentence Monitoring Computation Data, June 18, 2019 (USA000837–USA000840) | | |
| 205. | Medical Duty Status for Oscar Sandoval, April 14, 2018 (USA000118) | Lacks foundation, misleading and irrelevant. This document purports to represent Mr. Sandoval is able to work.  There is no foundation that the appropriate medical work up was performed to support that conclusion.  The witness who signed the document has not been deposed and Plaintiff's counsel has not been able to question the author of the document. | FRE 803(6): Document falls under business record exception. Plaintiff's other arguments go to weight, not admissibility. |
| 206. | Medical Duty Status for Oscar Sandoval, June 17, 2018 (USA000117) | Lacks foundation, misleading and irrelevant. This document purports | FRE 803(6): Document falls under business record exception. |

| | | to represent Mr. Sandoval is able to work. There is no foundation that the appropriate medical work up was performed support that conclusion. The witness who signed the document has not been deposed and Plaintiff's counsel has not been able to question the author of the document. | Plaintiff's other arguments go to weight, not admissibility. |
|---|---|---|---|
| 207. | Medical Duty Status for Oscar Sandoval, July 12, 2019 (USA001008) | Lacks foundation, misleading and irrelevant. This document purports to represent Mr. Sandoval is able to work. There is no foundation that the appropriate medical work up was performed support that conclusion. The witness who signed the document has not been deposed and Plaintiff's counsel | FRE 803(6): Document falls under business record exception. Plaintiff's other arguments go to weight, not admissibility. |

| | | | has not been able to question the author of the document. | |
|---|---|---|---|---|
| 208. | Expert Report from Ben Kollmeyer, MPH, CIH | Hearsay, cumulative and a substantial portion of the document is irrelevant in light of this Court's order on Defendant's Motion for Summary Judgement. | While much of this document addresses aspects of Plaintiff's claims that the Court disposed of in granting the United States' Motion for Summary Judgment; much of the document is relevant to Plaintiff's remaining two claims. FRE 801: Document will not be offered for truth of the matter asserted. |
| 209. | Expert Report from Antonino Catanzaro, M.D. | Hearsay. | FRE 801: Document will not be offered for truth of the matter asserted. |
| 210. | Curriculum Vitae for Antonino Catanzaro, M.D. | | |
| 211. | Expert Report from Roger Thrush, Ph.D | Hearsay. | FRE 801: Document will not be offered for truth of the matter asserted. |
| 212. | Curriculum Vitae for Roger Thrush, Ph.D | | |
| 213. | Expert Report from Stephanie | Hearsay. | FRE 801: Document |

| | | | |
|---|---|---|---|
| | Engler, RN, MSNEd, CLCP | | will not be offered for truth of the matter asserted. |
| 214. | Curriculum Vitae for Stephanie Engler, RN, MSNEd, CLCP | | |
| 215. | Expert Report from Jerald Udinsky, Ph.D, A.S.A. | Hearsay. | FRE 801: Document will not be offered for truth of the matter asserted. |

Dated: December 10, 2019

Respectfully submitted,
BERTLING LAW GROUP, INC.

*/s/ Peter G. Bertling*
Peter G. Bertling
Attorneys for Plaintiff
OSCAR SANDOVAL

Dated: December 10, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Timothy D. Biché*
Timothy D. Biché
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

2-17-cv-03092-DMG-SK

**PRETRIAL EXHIBIT STIPULATION**