NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY D. BICHE (Cal. Bar No. 293363)
Assistant United States Attorney
DAMON A. THAYER (Cal. Bar No. 258821)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-7354
                     (213) 894-6585
    Facsimile:  (213) 894-7819
    E-mail:  timothy.biche@usdoj.gov
              damon.thayer@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 17-03092 DMG (SKx)<br><br>**DEFENDANT'S NOTICE OF LODGING OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Trial:    Jan. 14, 2020<br><br>Honorable Dolly M. Gee<br>United States District Judge |

Pursuant to the Court's June 7, 2019 Order Continuing Trial and Pre-Trial Dates (Doc. # 72), the December 3, 2019 Scheduling and Case Management Order Re Court Trial (Doc. # 109-1), Federal Rule of Civil Procedure 52, and Central District Local Rule 52-4, the United States of America hereby lodges the attached proposed Findings of Fact and Conclusions of Law.

Dated: December 24, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ Timothy D. Biché
TIMOTHY D. BICHÉ
Assistant United States Attorney

   /s/ Damon A. Thayer
DAMON A. THAYER
Assistant United States Attorney

Attorneys for Defendant
United States of America