NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY D. BICHE (Cal. Bar No. 293363)
Assistant United States Attorney
DAMON A. THAYER (Cal. Bar No. 258821)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-7354
                 (213) 894-6585
     Facsimile:  (213) 894-7819
     E-mail:    timothy.biche@usdoj.gov
                damon.thayer@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. CV 17-03092 DMG (SKx)<br><br>**UNITED STATES OF AMERICA'S NOTICE OF LODGING OF DEPOSITION TRANSCRIPT OF SUSAN MCCLINTOCK AND INDEX OF EXCERPTS OFFERED**<br><br>Trial: January 14, 2020<br><br>Honorable Dolly M. Gee<br>United States District Judge |

1    Pursuant to Local Rules 16-2.7 and 32-1, and this Court's Scheduling and Case
2  Management Order re Court Trial (Doc. #109-1), Defendant United States of America
3  hereby submits excerpts from the deposition transcript of Susan McClintock, with the
4  following index of offered testimony and objections as applicable:
5

| Page and Line | Grounds for Objection |
|---|---|
| 5:13-6:9 | None |
| 9:3-23 | None |
| 10:23-11:8 | None |
| 13:3-13 | None |
| 15:4-16:11 | None |
| 16:14-20 | None |
| 41:16-42:7 | None |
| 58:17-59:2 | **United States' Objection (58:17-22)**<br><br>Q.    And with regard to warnings or ways people could prevent being exposed to the valley fever spores, what would you have expected to be done?<br><br>MR. BICHÉ:    Objection. Calls for speculation. Lacks foundation. If you know, you can answer. |
| 59:6-20 | None |
| 61:16-62:14 | None |
| 64:11-65:17 | None |
| 66:13-67:1 | None |

| Page and Line | Grounds for Objection |
|---|---|
| 67:18-68:8 | None |
| 68:11-16 | None |
| 69:2-13 | None |
| 72:10-13 | None |
| 76:2-77:25 | **United States' Objection (77:6-9)**<br><br>Q.     What kind of mask would you provide if somebody asked for it?<br><br>MR. BICHÉ:     Objection. Calls for speculation.<br><br>**United States' Objection (77:15-22)**<br><br>Q.     So with regard to individuals who were orderlies that were concerned about the dust that was being kicked up as they were   cleaning the different housing units that would cause them to sneeze, what kind of mask would they be given?<br><br>MR. BICHÉ:     Objection. Incomplete hypothetical. Calls for speculation. Lacks foundation. If you know, you can answer. |
| 82:22-84:7 | **United States' Objection (83:10-12)**<br><br>Q. Do you know why you weren't aware of it?<br><br>MR. BICHÉ:     Objection. Calls for speculation. |
| 98:17-100:10 | None |

| Page and Line | Grounds for Objection |
|---|---|
| 101:4-13 | **Plaintiff's Objection (101:8-13)**<br><br>Q.     At any time during your tenure  as warden, were you alerted to a significant number of inmates being diagnosed with valley fever?<br>A.     No.<br><br>MR. BERTLING:  Objection. Vague and ambiguous as to significant. |
| 101:15-102:4 | None |
| 102:16-103:9 | None |
| 104:3-105:20 | **United States' Objection (104:13-19)**<br><br>Q.     And you also said that if you, as the warden while you were doing your check, thought that there was too much dust in the area, you would have the orderlies come and clean it, or words to that effect; is that correct?<br><br>MR. BICHÉ:       Objection. Misstates testimony. |

Dated: December 24, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/ Damon A. Thayer
DAMON A. THAYER
Assistant United States Attorney

Attorneys for Defendant
United States of America

4