1  Peter G. Bertling [S.B. #131602]
   Bertling Law Group, Inc.
2  15 West Carrillo Street, Suite 100
   Santa Barbara, CA 93101
3  Telephone: 805-879-7558
4  Facsimile: 805-962-0722
   peter@bertlinglawgroup.com
5
6  Attorneys for Plaintiff
   OSCAR SANDOVAL
7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| OSCAR SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:17-cv-03092-DMG-SK<br><br>**PLAINTIFF'S DIRECT EXAMINATION DECLARATIONS PURSUANT TO THE COURT'S ORDER**<br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**Trial: January 14, 2020** |
|---|---|

　　　Plaintiff OSCAR SANDOVAL, by and through his undersigned counsel, hereby submits written declarations from its anticipated trial witnesses in the above-captioned action. Attached hereto are the declarations of Lynn N. Fitzgibbons, M.D. and Peter Jaramillo, CIH

///

///

2:17-cv-03092-DMG-SK
- 1 -
PLAINTIFF'S DIRECT EXAMINATION DECLARATIONS
PURSUANT TO THE COURT'S ORDER

Dated: December 24, 2019

Respectfully submitted,

BERTLING LAW GROUP

*/s/ Peter G. Bertling*
Peter G. Bertling
Attorneys for Plaintiff
Oscar Sandoval