Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>                              Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No. 2:17-cv-03092-DMG-SK<br><br>**WITNESS DECLARATION OF LYNN FITZGIBBONS, M.D., IN LIEU OF DIRECT TESTIMONY**<br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**Trial: January 14, 2020** |

Pursuant to Local Rules 43-1, Lynn N. Fitzgibbons, M.D., does hereby state and swears as follows, under penalty of perjury:

1.     I am an infectious disease specialist and have been one of Oscar Sandoval's treating physicians since September 13, 2017. As more fully set forth in my curriculum vitae, a true and accurate copy of which is attached hereto as Exhibit A,  I received my B.S. in Chemistry from the University of California, Santa Barbara in June 2000.  I attended the University of California, San Diego, School of Medicine from August 2001 until June 2005.  I performed an Internal Medicine Residency at Santa Barbara Cottage

**2:17-cv-03092-DMG-SK**

- 1 -
**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,
IN LIEU OF DIRECT TESTIMONY**

Hospital between June 2005 and June 2008.  I was the Chief Resident in 2007 and 2008. I participated in an Infectious Disease Fellowship at the Oregon Health & Sciences University in Portland, Oregon from June 2009 until July 2011.

2.      I have been licensed to practice medicine in California since 2007.  I have been Board Certified in Internal Medicine since 2008.  I have also been Board Certified in Infectious Diseases since 2012.  I have been a Clinical Associate Professor of Medicine, Keck-USC School of Medicine since June 2017.

3.      I have been the Faculty Hospital Physician, Department of Medical Education, at Santa Barbara Cottage Hospital since March 2016.  In this position, I am responsible for the supervision of internal medicine residents and senior medical students during their clerkship at Cottage Hospital and outpatient rotations in the Infectious Disease Clinic at Santa Barbara County Health.  It is my responsibility to train these residents and senior medical students regarding how to diagnose and treat the full spectrum of infectious diseases, including Coccidioidomycosis, also known as Valley Fever.

4.      I worked as an Infectious Disease Physician at The Permanente Group/Kaiser Permanente, Sacramento and Roseville between September 2011 and October 2013.  During this time I had substantial experience diagnosing and treating patients with Valley Fever.  Based on my training, education, and experience I am very familiar with Valley Fever and how it is diagnosed, treated, and issues regarding prognosis and future care.

5.      On August 22, 2017, Dr. James Pelton referred Mr. Sandoval to me for an infectious disease consultation regarding his coccidioidomycosis infection.  Attached to my declaration as Exhibit B, is a true and accurate copy of Dr. Pelton's Consultation Request.  This is the only information that was provided to me by the Bureau of Prisons before I saw Mr. Sandoval on September 13, 2017.

///

**2:17-cv-03092-DMG-SK**

**- 2 -**
**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,**
**IN LIEU OF DIRECT TESTIMONY**

6.     Coccidioidomycosis is a fungal infection primarily caused by inhalation of a fungus known as coccidioides immitis or posadasii, hereinafter referred to as cocci.  The cocci fungus grows and lives in the soil throughout the Southwestern desert regions of Arizona, California, Nevada, New Mexico, Texas, and Utah.  The fungus is most prevalent between June and November.  If a person inhales cocci spores they may develop a cocci infection.

7.     Cocci spores are spread when the soil in which they live and grow is disturbed by windy conditions or other activities such as construction or digging in dirt. When cocci becomes airborne it can be inhaled and enter an individual's respiratory system where the spores settle in the lung and start an infection.

8.     Approximately 40% of people who inhale cocci spores will not develop any symptoms and they do not require any type of medical treatment.  In the other 60%, a cocci infection usually causes flu-like symptoms including fever, cough, shortness of breath, chest pain, fatigue, muscle aches, and joint pain.  The symptoms of a cocci infection typically appear between one (1) and three (3) weeks after someone has inhaled cocci spores.  In many people the symptoms will disappear in a few weeks and their infection is never diagnosed or treated because the body's immune system is able to successfully fight off the infection.

9.     In approximately 1% of patients, cocci infections will disseminate and cause skin disease, bone and joint infections, soft tissue abscesses, and/or meningitis.  This is called a disseminated cocci infection. It is generally understood that there is a direct relationship between the quantity of the cocci spores that a patient inhales and developing the more severe form of the disease.  Unfortunately, as set forth below more fully, I believe it is probable Mr. Sandoval has a disseminated cocci infection that will need to be monitored and will likely require treatment with medication for the rest of his life. Disseminated cocci is progressive, painful, debilitating, and potentially fatal if left untreated.

**2:17-cv-03092-DMG-SK**

- 3 -

**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D., IN LIEU OF DIRECT TESTIMONY**

10.     On August 22, 2017, Dr. Pelton referred Mr. Sandoval to me with a provisional diagnosis of "disseminated cocci while taking fluconazole 400 mg daily." He indicated the patient was a 42 year old male who was diagnosed with Valley Fever in 2014 and had been taking fluconazole since 2014. Mr. Sandoval was not actually diagnosed with Valley Fever until March 31, 2015 and was initially prescribed 400 mg of fluconazole at this time.

11.     Dr. Pelton reported that Mr. Sandoval's recent cocci titer was 1:16 and was complaining of a rash and arthralgia, also known as joint pain. Cocci is usually diagnosed by measuring antibodies that are created in the immune system. These antibodies are specific to coccidioides. The Compliment Fixation Titer quantitatively measures antibodies that are specific to coccidioides. A titer greater than 1:2 is considered evidence of coccidioidomycosis and titers exceeding 1:16 may represent more extensive, possibly disseminated disease. In general, higher titers are correlated with disease severity, and changes in serial titers may have prognostic value.

12.     I initially saw Mr. Sandoval on September 13, 2017. He complained of fever, chills, shortness of breath, cough, chest pain, abdominal pain, and bloody stools. I remember Mr. Sandoval's initial consultation well. He seemed terrified about his medical condition and needed a significant amount of counseling and reassurance. In addition to an examination and determining the best clinical course of action, I provided him with education, including extensive literature and information regarding cocci infections.

13.     When I examined Mr. Sandoval's lungs, I heard sparse rales bilaterally. I was concerned this finding represented an active pulmonary process, including possibly complicated cocci infection in his lungs. Based on the information provided to me by Dr. Pelton and my examination of Mr. Sandoval, I was concerned he had complications of his cocci infection despite being on 400 mg of fluconazole.

///

**2:17-cv-03092-DMG-SK**

**- 4 -**
**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,**
**IN LIEU OF DIRECT TESTIMONY**

14.     My impression was Mr. Sandoval had pulmonary cocci and I did not see anything that definitely confirmed or refuted the presence of disseminated disease, but believed it was a plausible diagnosis and wanted to conduct further testing. Consequently, I ordered several laboratory studies including a WBC (white blood count) with differential, complete metabolic panel, hepatitis C antibody, HIV test, and cocci complement fixation serologies.  I requested that the results of these labs be faxed to me at 805-681-4946.  I also ordered a CT scan without contrast to better evaluate the current state of Mr. Sandoval's infection.

15.     On September 13, 2017, I increased Mr. Sandoval's dose of fluconazole from 400 mg to 800 mg.  I wanted him to continue this regimen for the next two (2) months and then decrease the medication to 400 mg.  I informed Mr. Sandoval that if he started to develop gastrointestinal symptoms on this dose, he was to contact the registered nurse in my office for further recommendations.  Fluconazole is an anti-fungal medication that is prescribed to treat a cocci infection.

16.     On October 11, 2017, I received a letter from Mr. Sandoval dated October 3, 2017 which states:

> After my visit with you on September 13, 2017, I felt some general progress had been made.  In your note to prison health service provider you were very clear in the treatment and regimen that was to take place for Coccidioidomycosis (Valley Fever) a disease I contracted in Arizona.
>
> Besides only (14) days of Fluconazole 800mg, none of your further orders are being observed to date October 3, 2017.
>
> It seems that there is a concerted effort to ignore treating me, I continue present myself to sick-call and to the pharmacy window with no results.  At our meeting i conveyed to you the difficulty i continue to have in recieving treatment of any kind, let alone of an acceptable nature.  I am uncertain of what measures you may be able to take to ensure proper treatment but i am pleading with you to intervene if possible to ensure that I will at the very minimum recieve the medication required and CT scan.
>
> Any assistance you can provide is greatly appreciated. Thank You in advance for you kind attention in this matter. (Attached to this Declaration

**2:17-cv-03092-DMG-SK**

- 5 -

**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,
IN LIEU OF DIRECT TESTIMONY**

as Exhibit C is a true and accurate cop of the letter I received from Mr. Sandoval.)

17.     After I received Mr. Sandoval's letter, I asked my registered nurse to contact the prison medical office and confirm the CT scan was pending and the 800 mg of fluconazole I had ordered for Mr. Sandoval was being given as prescribed.  There was no legitimate reason for him not to receive this medication.

18.     I was concerned the CT scan I ordered on September 13, 2017 had not been performed.  It was imperative I have the results of this study in order to properly stage, and know how to manage, Mr. Sandoval's cocci infection.  I knew the delay in obtaining the CT scan was causing Mr. Sandoval emotional distress and anxiety.  I knew he was already terrified about the possibility he may have disseminated cocci.  I wanted to perform a prompt cocci work up so I could provide Mr. Sandoval with a realistic and honest appraisal regarding his prognosis and necessary future medical treatment.  I was concerned the BOP had not ordered the chest CT I needed to achieve this goal.

19.     By November 16, 2017, I still had not received the results of the chest CT scan I ordered on September 13, 2017.  It had been more than two (2) months since I ordered this study.  Consequently, I communicated directly with Dr. Dhaliwal and reminded him that Mr. Sandoval's fluconazole dose should be decreased to 400 mg and he needed to have a chest CT scan performed right away. I also informed Dr. Dhaliwal I had received the results of Mr. Sandoval's ANA titer and it was elevated at 1:320. The ANA test is a first-line test in an evaluation for autoimmune or rheumatologic diseases. ANA refers to antinuclear antibody. An ANA titer above 1:160 is considered high.  A titer of 1:320 is considered very high.  I explained to Dr. Dhaliwal it was important for Mr. Sandoval to see a rheumatologist as soon as possible.  I needed to know if Mr. Sandoval had a rheumatologic disease that was contributing to his clinical picture and required treatment that may impact the way I treated his cocci infection.

///

2:17-cv-03092-DMG-SK

- 6 -
**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D., IN LIEU OF DIRECT TESTIMONY**

20.     I saw Mr. Sandoval for the second time on December 27, 2017. He informed me that when he was taking 800 mg of fluconazole his symptoms had worsened especially his neck stiffness, chest, and back pain.  He explained those symptoms improved after decreasing his fluconazole dose to 400 mg daily.  This history was important to me as I continued to manage Mr. Sandoval's cocci infection because it could influence the medication I would prescribe in the future.

21.     I finally had the chest CT scan results when I saw Mr. Sandoval on December 27, 2017.  It revealed two (2) nodules in the left lower lung fields that were 3mm in diameter.  It was unclear to me whether these findings represented resolving infection or were incidental and unrelated to his symptoms.  I did not know if they would have been larger when I first ordered the study on September 13, 2017 or they had decreased in size after I had prescribed 800 mg of Fluconazole.  I would have liked to know this information because it may have influenced my treatment decisions for Mr. Sandoval.  I only knew the findings were abnormal and consistent with evidence of a cocci infection.

22.     On December 27, 2017, I continued Mr. Sandoval on 400 mg of Fluconazole and discussed with him the possibility that his elevated ANA titer of 1:320 may be associated with drug induced lupus caused by fluconazole, but I explained fluconazole was not classically associated with causing lupus. I ordered multiple labs including C Reactive Protein, Protein Total w/ Creat Random Urine, Smith Antibody, Histone ABS, DNA (DS) ABS, Coccidiodal Antibody Complement Fixation Test (Quantitative), Complement COMP C3 + C4, and a Urinalysis, and I again recommended a rheumatology consultation.

23.     I next saw Mr. Sandoval on July 18, 2018, approximately seven (7) months since our last visit.  He informed me that in April 2018 he developed a fever of 104, cough, phlegm, pleuritic chest pain, and was treated with a Z-Pac, which I interpreted as

2:17-cv-03092-DMG-SK

- 7 -

**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,**
**IN LIEU OF DIRECT TESTIMONY**

azithromycin, an antibiotic.  He also informed me that in January he stopped receiving his fluconazole and it was subsequently restarted a few months later.

24.     At that time, I believed it was probable Mr. Sandoval had an active recurrence of his cocci infection.  This opinion is based on the fact that in December 2017 the only abnormality on Mr. Sandoval's CT Scan were two 3.0 mm nodules.  He then did not take fluconazole for a period of time but, according to Mr. Sandoval, the dose was subsequently increased to 600 mg. By April 2018, he developed a fever, cough, phlegm, shortness of breath, and pleuritic chest pain.  In addition, my review of Mr. Sandoval's systems revealed he was positive for fatigue, cough, joint pain, and myalgias. He also has three 2 mm papule verrucous skin lesions over his left hand dorsum that I believed probably represented a disseminated cocci infection to his skin, and they had coincided with the flare of his other symptoms. As an Infectious Disease Specialist, I was very familiar with the appearance of skin lesions that represented a disseminated cocci infection and it was clear to me that in this clinical setting Mr. Sandoval's skin lesions represented a disseminated infection.

25.     On July 18, 2018, I diagnosed Mr. Sandoval with a disseminated cocci infection. I continued him on 600 mg of fluconazole and wanted to see him in eight (8) weeks.  I ordered a chest x-ray and repeat testing for HIV, CBC (complete blood count), CMP (comprehensive metabolic panel) and Cocci titers.

26.     I did not see Mr. Sandoval again until October 17, 2018. He had been taking 600 mg of fluconazole as prescribed and did not have any report of significant new symptoms.  He reported no recurrence of fevers, chest pain, or cough.  The skin lesions on the back of his hand, which I believed were probable evidence of a disseminated cocci infection, had resolved since resuming 600 mg of fluconazole.  I expected this to happen. Mr. Sandoval continued to complain of mild intermittent joint pain which I believed was probably be related to his cocci infection.  However, he did not have any active synovitis when I examined him.  I believed it was probable Mr. Sandoval had a "clear relapse in

2:17-cv-03092-DMG-SK

- 8 -
**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,**
**IN LIEU OF DIRECT TESTIMONY**

his disease earlier this year, manifested as verrucous skin lesions and pneumonia, all promptly resolved with resuming fluconazole."

27.    I sent the BOP medical department a note and highlighted in bold lettering the following instructions.  I highlighted these instructions to emphasis the importance of following these orders and recommendations:

- **should stay on fluconazole 600mg PO daily indefinitely, with cocci CF and CMP checked approximately every 3 months for now.**

- **given complexity of infectious disease history, I would support any efforts to transfer patient to a prison facility where an on-site infectious diseases constant is more readily available.**

- **If remains in Lompoc, should follow up in ID clinic in 4 months.**

28.    I next saw Mr. Sandoval on March 27, 2019.  He reported no significant new symptoms and his disease seemed under control. It appeared his condition had improved since resuming fluconazole.  However, I recommended that he have a lumbar puncture if he developed any neuro symptoms.  I recommend  he have a comprehensive metabolic panel because Mr. Sandoval was on a moderately high dose of fluconazole which could affect his liver.  Fluconazole can cause very serious liver damage and toxicity. It needs to be monitored closely.

29.    I again sent the BOP medical department a note and highlighted in bold lettering the following:

**ASSESSMENT/PLAN**

**Disseminated recurrent coccidiodes infection**

- **clear relapse in disease 2018 manifested as verrucous skin lesions and pneumonia, all promptly resolved with resuming fluconazole**

- **has never had confirmed or suspected CNS (central nervous symptom) disease, but noted that he has had intermittent neck pain when cocci disease has recurred.  No indication for LP (lumbar puncture) by time**

2:17-cv-03092-DMG-SK

- 9 -

**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,
IN LIEU OF DIRECT TESTIMONY**

of ID clinic appts with no CNS symptoms, and recommended to stay on treatment long term regardless of CNS disease.  Would recommend LP if any neuro symptoms, or development of HA (headache) or neck pain.

- **should stay on fluconazole 600 mg indefinitely, with cocci CF and CMP checked approximately every 3 months for now**

**\*\*NO CMP available to me today; this needs to be faxed ASAP to 805-696-9687 please**

- **as stated previously, given complexity of infectious disease history, I would support any efforts to transfer patient to a facility were an on-site Infections Disease consultant is more readily available.**

- **if remains in Lompoc, should follow up ID clinic every 6 months and should see on site providers more regularly to assure symptoms remain quiet and labs are reviewed.**

30.    During my deposition on October 28, 2019, Mr. Biché asked me why I made the notation that "I would support any efforts to transfer patient to a prison facility where an on-site infectious disease consultant is more readily available?  I gave the following response:

> I was very frustrated at the lack of follow-up, the lack of attention to my recommendations and the general kind of lack of attention that I felt this patient was receiving for a very complicated infection. . . .
> We didn't go through it in great detail but recall that following my first visit a simple request of lab tests took a month, a CT scan took three months, and a follow up took three-and-a-half months.  This is now one year later.  And my experience with this case has been very, very challenging, in part because I felt that my hands were tied in my ability to really do my job and care for him in the way that I was tasked.

31.    I last saw Mr. Sandoval on October 9, 2019.  His condition was stable and it appeared he had achieved control of his disease on 600 mg of Fluconazole. However, I did not have a current cocci titer.  The last titer result I had been provided was performed

2:17-cv-03092-DMG-SK

- 10 -

**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D., IN LIEU OF DIRECT TESTIMONY**

on January 3, 2019 at it was 1:2.  Despite my request on March 27, 2019 that another titer be obtained, by October 9, 2019, I had still not provided any results for this test.

32.     I recommended that Mr. Sandoval stay on 600 mg of fluconazole and follow up to see me in three (3) months.  I was considering reducing his fluconazole dose to 400 mg for toxicity reasons because I did not want his liver to potentially become inflamed and damaged.

33.     I was concerned Mr. Sandoval had still not received a diagnosis from a rheumatologist and I understood that, even though he appeared at a rheumatologist twice, his lab work had been unavailable to the provider and no diagnosis was made.  I was also concerned for Mr. Sandoval because it was obvious to me that he was distressed and anxious about not having a reasonable explanation for his abnormal ANA titers.

34.     I believe Mr. Sandoval will indefinitely require the following medically necessary treatment for his cocci infection:

1.     He should remain on 400 to 600 mg of fluconazole daily.

2.     He should be seen by an infectious disease specialist at least every 3-6 months or sooner if there is any worsening of his cocci symptoms.

3.     He should have a CBC (complete blood count), CMP (comprehensive metabolic panel), and cocci CF (complement fixation titer) performed every three months.

4.     He should follow up with his primary care provider or infectious disease specialist every 3 months to review his lab studies and be examined.

5.     He may need radiographic studies, including a chest x-ray of CT, if his symptoms worsen.

6.     He may need a lumbar puncture if he develops any significant symptoms of neck pain or headaches.

///

2:17-cv-03092-DMG-SK

- 11 -
**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,
IN LIEU OF DIRECT TESTIMONY**

35.     Based on my treatment and care of Mr. Sandoval, I do not see any absolute contraindication for him not being able to work.  However, I expect there have been and may be times when his work will be limited because of fatigue.  There is guidance on this issue in the 2016 Infectious Diseases Society of America Clinical Practice Guideline for the Treatment of Coccidioidomycosis which states:

> Protracted fatigue is a frequent symptom of primary coccidioidal infection and often persists for many patients as their major complaint long after all evidence of active infection is gone. In patients who are normally healthy and unfamiliar to chronic debility, the fatigue they experience frequently is exacerbated by frustration and even depression about their inability to conduct their normal activities of daily living.  In such situations, medical release from work, school or other patient obligations is justified.

36.     I believe Mr. Sandoval may benefit from a referral to a physical therapist for evaluation and treatment recommendations because of his decondition state.  The IDSA Guidelines address this recommendation as follows:

> At some point, fatigue, initially a direct symptom of the infection, becomes a decondition state that remains after the active infection has resolved.  In such patients, referral to a physical therapist for assessment and treatment for the diagnosis of "generalized weakness secondary to primary coccidioidal pneumonia" can have a very positive therapeutic effect.  By involving a physical therapist, patients are able to transfer their uncertainty about how to make themselves better to a professional trained in reconditioning protocols. In addition, this structure program, with periodic assessment of progress, provides patients with tangible signs of Improvement.  Normally, reconditioning programs are useful if continued for several months or weeks, depending on how long the reconditioned state had been sustained."

37.     I believe Mr. Sandoval has developed "generalized weakness" secondary to his cocci infection and, based on my multiple examinations of him, he appears to be in a decondition physical state that will benefit from undergoing a supervised physical therapy program.

///

2:17-cv-03092-DMG-SK

- 12 -
**WITNESS DECLARATION OF LYNN N. FITZGIBBONS, M.D.,
IN LIEU OF DIRECT TESTIMONY**

38.     I have treated many patients with complicated cocci infections and stood over the bed of patients who have died of Valley Fever.  It can be a very unpredictable and potentially deadly disease.  My main goal for Mr. Sandoval is patient safety and to do whatever I can to keep his disease stable and quiet.

39.     Mr. Sandoval has suffered from a cocci infection for more than five (5) years.  He falls into the small percentage of patients who have developed the more severe, disseminated form of the disease as evidenced by the relapse of his fever, cough, fatigue, and appearance of verrucous skin lesions when treatment was abruptly stopped; all of which greatly improved with restarting fluconazole treatment. He indefinitely requires close monitoring and treatment, whether or not he is incarcerated, in order to prevent further relapse and dissemination of his disease.  It is possible his cough, shortness of breath, and chest pain will flare up when he is exposed to cold weather and he should avoid such a climate.  I continue to support any efforts to transfer him to a facility where an on-site Infections Disease consultant is more readily available to carefully monitor his condition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called upon to testify thereto, I could do so competently and truthfully. Executed on December 24, 2019, in Santa Barbara, California.

_____
Lynn N. Fitzgibbons, M.D.
Declarant

# EXHIBIT A

# Lynn N. Fitzgibbons M.D.

Maiden Name: Lynn Meri Nisbet M.D.

Home: 5749 Stow Canyon Rd
Goleta, CA 93117
Office: (805) 569 7315
**Cell: (805) 708-2972**
**lfitzgibbons@sbch.org**

## EXPERIENCE

**Director of Research and Quality.** Internal Medicine Residency Program, Department of Medical Education, Santa Barbara Cottage Hospital

August 2019 - present

**Clinical Associate Professor of Medicine,** Keck–USC School of Medicine

June 2017 - present

**Assistant Adjunct Professor,** Department of Geography, UC Santa Barbara

November 2019 - present

**Faculty Hospitalist Physician,** Department of Medical Education, Santa Barbara Cottage Hospital

March 2016 - present

Supervision of internal medicine residents and senior medical students during their inpatient clerkships  at Cottage Hospital and outpatient rotations in the Infectious Disease Clinic at Santa Barbara County Public Health Department

Active involvement  in  multiple research projects with resident physicians, the pharmacy and clinical laboratory

Faculty supervisor and founder of Women in Medicine group, supporting the female resident physicians at Santa Barbara Cottage Hospital

**Chair, Internal Review Board, Cottage Health**

2019 to present

Scientific/Voting Member of the Cottage Health Internal Review Board (2017–2018)

**Medical Director, Recuperative Care Program and Santa Barbara Connect Home, Department of Population Health, Cottage Health**

2018- present

Medical Director of the Antibiotic Stewardship Program, with responsibility for the programs at Santa Ynez Cottage Hospital and Goleta Valley Cottage Hospital (2016–2018)

Antibiotic Subcommittee of Pharmacy and Therapeutics Committee, Cottage

## LICENSURE & CERTIFICATION

Board Certified, Infectious Diseases: 2012 to present

Board Certified, Internal Medicine: 2008 to present

California Medical License: 2007 to present

Oregon Medical License: 2009 to 2011

DEA License:2007 to present

## PROFESSIONAL MEMBERSHIPS

Infectious Disease Society of America

HIV Medical Association

American College of Physicians

## LANGUAGES

Proficiency in Medical Spanish

Health (2014 to present)

## Medical Director, HIV/Ryan White Program and Infectious Disease Physician. Santa Barbara County Public Health Department, Santa Barbara, California

March 2016- Present

Medical Director for the Ryan White Part C program at the Public Health Department, and HIV clinic. Clinical Infectious Disease responsibilities including general ID consults from throughout the County for patients with a variety of problems including HIV care, complex infections, long-term IV antibiotic treatment, STD management, HIV prophylaxis, employee health and safety, and disease control.

October 2013 - March 2016

Multiple clinical and public health roles, including Deputy Health Officer, primary clinician in the HIV clinic, medical director for the Ryan White Part C grant, as well as oversight of STD program as STD controller for Santa Barbara County, and serving on the Executive Committee of the California STD Control Branch. Responsible for starting a hepatitis C treatment program within the County Clinic, with a focus on HIV co-infected patients.

## Infectious Disease Physician. The Permanente Group/Kaiser Permanente, Sacramento and Roseville, California

September 2011 - October 2013

Inpatient and outpatient clinical infectious disease practice, as well as primary care for a large panel of HIV patients, with participation in the Kaiser Northern California HIV Advisory Committee.

## Volunteer Clinical Faculty. Mbarara University of Science and Technology, Mbarara, Uganda

August 2008 - June 2009

Volunteer clinical faculty and attending at MUST, including supervision of clinical care during daily inpatient rounds with Ugandan residents and medical students in a large, regional referral hospital. Weekly clinical duties in the outpatient HIV clinic throughout the year. One month as TB Unit attending.

## EDUCATION

## Oregon Health & Sciences University, Portland, Oregon— *Infectious Disease Fellowship*

June 2009 - July 2011

Emerging infection fellow, including 1 year of research and collaboration with the Oregon State Health Department. Human Investigations Program.

### INTERNATIONAL & VOLUNTEER EXPERIENCE

**Clinician Volunteer.** Doctors without Walls, Santa Barbara, CA.

2007 & 2015- 2017

**IDSA Trainer, HIV/AIDS Core Course.** Infectious Disease Institute, Makerere University, Kampala, Uganda

September 2010

**Volunteer Clinical Faculty.** MUST, Mbarara, Uganda

August 2008- June 2009

**Santa Barbara Cottage Hospital,** Santa Barbara, California— *Internal Medicine Residency*

June 2005 - June 2008; Chief Resident, 2007-2008

**University of California, San Diego, School of Medicine,** La Jolla, California— *M.D.*

August 2001 - June 2005

**University of California, Santa Barbara, Department of Chemistry,** Santa Barbara, California— *B.S. Chemistry*

September 1996 - June 2000

## PUBLICATIONS & ABSTRACTS

**Li, J., Kang-Birken, S., Mathews, S., Kenner, C., & Fitzgibbons, L.** (2019). Role of rapid diagnostics for viral respiratory infections in antibiotic prescribing decision in the emergency department. *Infection Control & Hospital Epidemiology, 40*(9), 974-978. doi:10.1017/ice.2019.166

**Barnes, L. V, D.M. Heithoff, S.P. Mahan, G.N. Fox, A. Zambrano, J. Choe, L.N. Fitzgibbons, J.D. Marth, J.C. Fried, H.T. Soh, M.J. Mahan.** *Smartphone-based pathogen diagnosis in urinary sepsis patients. EbioMedicine.* (2018).

**Chelsea Dean, MD, Lynn Fitzgibbons, MD, Jeanne Li, MA and Jane Choe, MBA.** *The Role of Non-Influenza Viruses in the Seasonal Viral Respiratory Illness: A Epidemiologic study from October 2016 - March 2017.* Abstract presented at IDWeek 2018 in San Francisco, CA

**Mathews S, Selent C, Li J, Deacon K, Kang-Birken L, Fitzgibbons LN.** *Assessment of Characteristics Influencing Antibiotic Prescribing in the ED among Patients with Positive Respiratory Viral Multiplex PCR.* Abstract presented at IDWeek 2017 in San Diego, CA

**Colgate E, Fitzgibbons LN, Jacobson D, Sugar A.** *Ocular Syphilis: Case Series and Review.* Abstract presented at 53rd Annual Meeting of the Infectious Disease Society of America/ID Week, October, 2015 in San Diego, CA

**Fitzgibbons LN, Troyer D, Tamura K, Forrest F.** *In Practice: Gram Positive Bacteremia and Hemodialysis.* American Journal of Kidney Disease. 2011 April;57(4):624-40.

**Fitzgibbons LN, Forrest G.** *Henoch Schonlein Purpura (HSP) Vasculitis From Bartonella Endocarditis.* Abstract presented at 48th Annual Meeting of the Infectious Disease Society of America, October, 2010 in Vancouver, British Columbia, Canada

**Saqi A, Nisbet L, Gagneja P, Leslie KO.** *Primary pleural epithelioid hemangioendothelioma with rhabdoid phenotype: report and review of the literature.* Diagnostic Cytopathology. 2007, April; 35(4):203-8.

# EXHBIT B

Patient Name: SANDOVAL, OSCAR   DOB: 1/23/1975   MRN: 10333359   Organization: Combined

**Bureau of Prisons consultation request**

Consult Request

*Imported By: Richard Jones Jr 8/30/2017 10:12:29 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document

routed to ID RN to please talk to HCA Paola Hurtado regarding this and how best to schedule. Thank you.

This document is provided by PatientArchive.
Printed on 10/28/2019 11:27:07 AM by Lynn Fitzgibbons

Page 1 of 3

08/30/2017   09:11 LVCHO
Patient Name:          SANDOVAL, OSCAR          DOB:   1/23/1975     MRN:   10333359      (FAX)8057402035          P.001/002
                                                                                         Organization:              Combined

*TO* Graciela

*FRO* Brianne

*COMPA* lvcho                          *PARTMENT*

*TEL* 805-736-4580          *FAX* 805-740-2035

*MESSAGE*

Here is what I have for the
appointment we scheduled.
Thank you,
Brianne White

08/30/2017    09:11 LVCH0                                                                      (FAX)6057402035                          P.002/002
Patient Name:            SANDOVAL, OSCAR              DOB:    1/23/1975    MRN:    10333359    Organization:                            Combined

## Bureau of Prisons
## Health Services
## Consultation Request

*30-60 days*

| Inmate Name: SANDOVAL, OSCAR | Reg #: 93728-198 | Complex: LOX |
|---|---|---|
| Date of Birth:    01/23/1975 | Sex:   M | |

**Consultation/Procedure Requested:**    Infectious Diseases       9/6/17

**Subtype:**    Offsite Appt       1:45 p.m.

**Priority:** Routine

**Target Date:** 09/05/2017

**Reason for Request:**
42 y/o male with Valley Fever diagnosed in 2014.  Now taking fluconazole since 2014, with recent cocci titer 1:16 and arthralgias and rash.

**Provisional Diagnosis:**
disseminated cocci while taking fluconazole 400mg daily.

**Medications (As of 08/23/2017)**
Albuterol Inhaler HFA (6.7 GM) 90mcg  Exp: 03/22/2018  SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)
Fluconazole 200 MG Tab  Exp: 09/01/2017  SIG: Take two tablets (400 MG) by mouth each day with food

**Allergies (As of 08/23/2017)**
No Known Allergies

**Health Problems (As of 08/23/2017)**
Dermatophytosis of nail (Tinea unguium), Plantar fascial fibromatosis, Esophageal reflux, Bunion, Unsatisfactory restoration of existing tooth, Primary coccidioidomycosis (pulmonary), Primary cough headache, Asthma

**Inmate Requires Translator:**  No          **Language:**

**Additional Records Required:**

**Comments:**
SENT FOR SCHEDULING 23 AUG 17
CT

**Requested By:**    Pelton, James MD, RMD

**Ordered Date:**    08/22/2017 12:56

**Scheduled Target Date:** 09/05/2017 00:00

**Level of Care:**    Medically Necessary - Non-Emergent

This document is Generated 08/23/2017 13:25 by Trevizo, Cynthia Hlth Svcs Asst          Bureau of Prisons - LOF                          Page 1 of  2
Printed on 10/28/2019 11:27:07 AM by Lynn Fitzgibbons                                                                                   Page 3 of 3
                                                                                             08/30/2017   9:10AM (GMT-07:00)

# EXHBIT C

| Patient Name: | SANDOVAL, OSCAR | DOB: | 1/23/1975 | MRN: | 10333359 | Organization: 10333359 Combined |
|---|---|---|---|---|---|---|

*DR. FITZGIBBONS*

Oscar Sandoval
Fed.NO#9326-198
Lompoc FCI LOW
3600 Guard Road
Lompoc, CA 93436

OCTOBER 3rd, 2017

SANTA BARBARA
HEALTH CARE CENTER
345 Camino del Remedio
Santa Barbara, CA 93110-1332

Dear DR Lynn Fitzgibbons,

    After my visit with you on September 13,2017, I felt some general progress had been made. In your note to prison health service provider you were very clear in the treatment and regime that was to take place for Coccidioidomycosis (Valey Fever) a disease i contracted in Arizona.

    Besides only (14) days of Fluconazole 800mg, none of your further orders are being observed to date October 3, 2017.

    It seems that there is a concerted effort to ignore treating me, I continue present myself to sick-call and to the pharmacy window with no results. At our meeting i conveyed to you the difficulty i continue to have in recieving treatment of any kind, let alone of an acceptable nature. I am uncertain of what measures you may able to take to ensure proper treatment but i am pleading with you to intervene if possible to ensure that I will at the very minimum recieve the medication required and CT scan.

    Any assistance you can provide is greatly appreciated, Thank You in advance for your kind  attention in this matter. as I remain,

Sincerely,

cc: Warden,Steve Longford.
cc: Regional Director, Mary M. Mitchell
cc: U.S. Surgeon General
cc: IG Office

10/11/17

*Above noted. To RN of ID clinic; please contact the prison medical office and confirm CT is pending and that treatment is ongoing (Fitzgibbons MD)*

REC'D OCT 05 2017

This document is provided by PatientArchive.
Printed on 11/28/2018 1:28:05 AM by Lynn Fitzgibbons

Page 2 of 2