Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No. 2:17-cv-03092-DMG-SK<br><br>**DECLARATION OF PETER JARAMILLO, CIH IN LIEU OF DIRECT TESTIMONY**<br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**Trial: January 14, 2020** |

Pursuant to Local Rules 43-1, Peter Jaramillo, CIH, does hereby state and swears as follows, under penalty of perjury:

I have personal knowledge of all facts stated herein and could and would competently testify thereto if called as a witness.

1.      I am a Certified Industrial Hygienist in private practice as Delta Bay Consultants, LLC.  My B.S. from California State University, Northridge is in Health Science, with emphasis in Environmental and Occupational Health. My M.S. from

- 1 -
## WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY

California State University, Northridge is in Health Science, with emphasis in Environmental and Occupational Health.

2.      I have been a practicing industrial hygienist for 34 years and a Certified Industrial Hygienist (American Board of Industrial Hygiene Cert. No. 5151) for 28 years.

3.      Attached hereto as Exhibit A is a true and correct copy of my curriculum vitae, which sets forth my academic and professional qualifications in greater detail.

4.      In expressing my opinions in this declaration, I rely upon the following credentials: (a) two post-secondary educational degrees related to occupational health; (b) 34 years of professional experience in the field of industrial hygiene, including the past 28 years as a Certified Industrial Hygienist; (c) operation and management of a comprehensive industrial hygiene consulting practice; and (d) current and former reviews of numerous reference materials related to Coccidioides, as well as declarations, depositions, and other documents specifically related to this case. In my work as an industrial hygienist, I have conducted hundreds of occupational health & safety investigations involving exposures to biological hazards, including evaluations of exposure control methods and personal protective equipment, recommendations for improvements, and worker training.

5.      I have read, reviewed and relied on the following information in preparing this Declaration:

Reference Materials

(a)      Operational Guidelines (version 1.0) for Geological Fieldwork in Areas Endemic for Coccidioidomycosis (Valley Fever) (United States Geological Survey, 2000)

(b)      Evaluation of Coccidioides Exposures and Coccidioidomycosis Infections among Prison Employees (National Institute for Occupational Safety and Health, 2014)

(c)      "Valley Fever (Coccidioidomycosis)," www.cdc.gov/fungal/diseases/coccidioidomycosis/. (Centers for Disease Control and Prevention, 2019)

- 2 -

**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

(d) "Protection from Valley Fever," www.dir.ca.gov/dosh/valley-fever-home.html (State of California Department of Industrial Relations, 2019)

(e) *Preventing Work-Related Coccidioidomycosis (Valley Fever)* (State of California Department of Industrial Relations, Hazard Evaluation System and Information, 2013)

(f) Valley Fever Center for Excellence website, vfce.arizona.edu/ (reviewed 2019)

(g) Memorandum for All Wardens: "Staff and inmate awareness of the infectious disease known as 'Valley Fever,'" from RADM Newton E. Kendig, Assistant Director of Health Services Division (U.S. Department of Justice, Federal Bureau of Prisons, October 1, 2013)

Case Documents

(a) Declaration of Oscar Sandoval, November 2, 2019
(b) Direct Examination Declaration draft of Oscar Sandoval
(c) Deposition of Ben Kollmeyer, MPH, CIH, October 25, 2019
(d) Deposition of Susan McClintock, September 11, 2019
(e) Declaration of Ben Kollmeyer, MPH, CIH, November 6, 2019

6.      The purpose of this Declaration is to set forth my opinions regarding measures that should have been taken at the Federal Correctional Institute in Safford, Arizona to protect and prevent Mr. Sandoval from developing Coccidioidomycosis, also know as Valley fever.  I believe it is more likely than not, that taking these preventative measures would have substantially reduced Mr. Sandoval's exposure to the cocci spores which cause Coccidioidomycosis and prevented him from developing the disease.  I believe the failure to take these preventative measures was a substantial factor in causing Mr. Sandoval to develop the disseminated cocci infection for which he has been diagnosed by Dr. Lynn Fitzgibbon, his treating infectious disease specialist.

7.      *Coccidioides immitis* (*C. immitis*), is a pathogenic fungus of the genus *Coccidioides* that grows and resides in and around the soil on which the Federal Correctional Institution (FCI) Safford is located. *C. immitis* causes a serious illness called Coccidioidomycosis, which is commonly known as Valley fever.

///

- 3 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

8.      *C. immitis* is endemic (native and common) throughout much of Arizona, including Graham County where FCI Safford is located. Coccidioidomycosis is a recognized occupational illness by the Centers for Disease Control and Prevention (CDC) as well as several other regulatory and public health agencies, including the Arizona Department of Health.   Exposure to *C. immitis* occurs via inhalation of the fungal spores carried on dust that becomes airborne when *C. immitis* in soil is disturbed, moved, excavated, or otherwise lifted from the surface (and thus aerosolized) by construction activities, wind, or other physical disturbances.

9.      *Coccidioides* are the most virulent of the primary pathogens of humans and are considered a potential bioterrorism agent. Thus, laboratories isolating *Coccidioides* in the United States must follow strict protocols known as Biosafety Level 3.

10.     As more fully set forth below, Mr. Sandoval lost several opportunities to protect himself for massive inhalation of dust, some of which must have contained the cocci spores which caused his Coccidioidomycosis. It is more probable than not that Mr. Sandoval developed Coccidioidomycosis while he was incarcerated at FCI Safford.  It is more probable than not he developed Coccidioidomycosis by inhalation of cocci spores.

11.     The primary preventative measures that should have been taken to prevent and protect Mr. Sandoval from developing Coccidioidomycosis include providing him with (1) adequate education and warnings regarding Coccidioidomycosis as recommended by several governmental and occupational organizations, and (2) making a protective N 95 mask available for him to wear while he was performing his job duties as an orderly.

12.     The purpose of properly educating someone like Mr. Sandoval regarding Coccidioidomycosis is that it allows him to engage in behavior modifications that would substantially reduce his inhalation of cocci spores which cause Coccidioidomycosis. Behavior modifications are essential because there is a direct relationship between the quantity of cocci spores that a person inhales and the severity of the disease they develop.

- 4 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

Exposure avoidance is a key element in any mitigation plan to prevent an individual from developing Coccidioidomycosis. If Mr. Sandoval was not warned or educated about Coccidioidomycosis, he would not know what behavior modifications to take in order to avoid inhalation of cocci spores.

13. When he first arrived at FCI Safford, Mr. Sandoval received no information regarding the risk of exposure to cocci spores in and around the facility. In his Declaration, Mr. Sandoval stated: "When I arrived at Safford on July 26, 2014, I was processed through the Receiving Department (R&D), Health Services Screening Process, and assigned to living and sleeping quarters. During this time, I did not observe any posted signs or receive any written literature regarding Coccidioidomycosis, 'Valley Fever' or the possibility I could be exposed to deadly fungal spores. In addition, no one ever even mentioned to me what Valley Fever was or that I was at any type of risk for developing a cocci infection. Mr. Sandoval further stated: "Approximately two (2) weeks after I arrived at FCI Safford, I and 34 other men who arrived with me, participated in New Arrivals and Orientation (A&O), with the Warden, Captain, Safety and Health Services Administrators, and a Registered Nurse. During this orientation, not once was the topic of Coccidioidomycosis, 'Valley Fever' or fungal spores ever mentioned or discussed, nor was any literature regarding this subject handed out with our orientation packets."

14. According to the United States Geological Survey's *Operational Guidelines for Geological Fieldwork in Areas Endemic for Coccidioidomycosis (Valley Fever)* (Fisher, Frederick S., Mark W. Bultman, and Demosthenes Pappagianis, 2000, U.S. Geological Survey Open-File Report 00-348 Version 1.0), "Education of individuals and institutions about the disease is the first step in developing risk management strategies …" This manual outline eight factors that increase the chance of inhaling *C. immitis* and that must be considered in risk management strategy. The eight factors are as follows:

- 5 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

(a) Residence within endemic areas (longer times increases risk)

(b) Travel within endemic areas (longer time increases risk)

(c) No previous history of infection as shown by a negative coccidioidin skin test (successful recovery from Valley fever, even mild cases, imparts immunity to further infection)

(d) Exposure to dust containing arthroconidia, as a result of incidental circumstances, occupation, recreation, or lifestyle

(e) Duration of time spent outdoors

(f) Duration of time spent in dusty conditions (inhalation of larger numbers of arthroconidia has been associated with more severe cases of Valley fever)

(g) Activities (and duration of time) that involve intensive contact with soil in endemic areas.

(h) Exposure to fomites derived from endemic areas

Mr. Sandoval experienced seven of these eight factors while housed at FCI Safford.

15.     Based on my review and reliance on authoritative scientific literature, there is a direct relationship between inhaling large numbers of cocci spores and developing the more severe forms of Coccidioidomycosis.  Individuals who work in areas where *C. immitis* is endemic, such as Graham County, Arizona where FCI Safford is located, have an increased risk of becoming infected. Individuals who work in any occupation or activities that creates dusty conditions in endemic areas are also at increased risk of infection.

16.     Based on my review of the information I have been provided in this case, it is apparent Mr. Sandoval was at a substantially increased risk of inhaling a significant amounts of  cocci spores because (1) he lived in an endemic area, (2) he experienced exposure to significant and cumulative concentrations of dust in performing his required job duties as an orderly, (3) his failure to wear a protective mask while working as an orderly and (4) his exposure to dust while sleeping in his dorm room.

///

- 6 -

**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

17.     There are simple measures that the Administration at FCI Safford could have, and should have taken to protect and prevent Mr. Sandoval from developing Coccidioidomycosis.  They could have, and should have, followed the mandates set forth by Dr. Newton Kendig in his October 1, 2013 Memorandum, which required that all inmates be educated about how Coccidioidomycosis was spread, some of its most common symptoms, who is at risk of developing a serious infection and what an inmate could do if they developed these symptoms.  Based on Dr. Kendig's memo, he wanted inmates to know they "can get Valley fever by breathing the fungus from soil into the lungs. The fungus from the infected soil may become aerosolized and inhaled due to heavy winds, excavation, or any other activity that lead to dust formation."  Dr. Kendig mandated that all inmates at FCI Safford "must also be made aware of, and periodically reminded of, the signs and symptoms of Valley fever as well as accessing health services for evaluation and treatment."  Mr. Sandoval was not educated about any of this information before he developed Coccidioidomycosis.

18.     The Centers for Disease Control and Prevention, the Hazard Evaluation System & Information Center and the Arizona-based Valley Fever Center for Excellence provide information and educational materials regarding Coccidioidomycosis.  This information includes simple, common sense measures that an individual can take to avoid inhalation of cocci spores including (1) avoiding windy conditions and staying inside with the windows and doors closed, (2) avoiding areas where they will be exposed to dust or dirt, (3) wearing an N95 respirator mask to help filter fungal spores out of the air that they breathe, and (4) avoiding recreational or work related activities that expose them to cocci spores. Mr. Sandoval was never provided with any of this information and, because of this failure, he did not engage in any behavior modifications that would reduce his inhalation of the cocci spores that caused his Coccidioidomycosis.  If this information would have been provided to Mr. Sandoval, he could have taken measures to avoid

- 7 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

inhalation of cocci spores. Unfortunately, he lost that opportunity based on the Defendant's failure to warn.

19.    Mr. Sandoval was at high risk for inhaling cocci spores while working as a Housing Unit Orderly at FCI Safford, due to his repeated and sustained exposure to aerosolized dust and dirt while performing his duties. Mr. Sandoval stated in his Declaration: "Approximately one (1) week after I participated in the New Inmate's Admission and Orientation meeting, I was given an appointment with Counselor Flores and Case Manager Chavez for a team meeting where I was assigned to work as a Housing Unit Orderly (Janitor). Flores and Chavez never mentioned anything about Coccidioidomycosis or "Valley Fever." They never mentioned the dust and dirt I would be exposed to while I was performing my job duties could contain the spores that caused me to develop a cocci infection.  They never provided me with any type of warning or other educational materials, either in writing or verbally, which informed me that as part of my job duties, I would be handling or inhaling dirt and dust that contained cocci spores."

20.    From his Declaration, Mr. Sandoval describes, "No one ever informed me I was at risk for developing a cocci infection if I inhaled the dust and dirt that I was required to clean up as part of my mandatory job duties. If I would have been informed my job duties as a orderly could expose me to cocci spores, I would have requested that I be assigned to a job that did not increase my risk of developing a cocci infection. No one ever informed me I could wear a protective mask while I was performing my job duties as an orderly, or that one was even available for my use.  No one ever informed me that wearing a protective mask while I worked as an orderly would substantially reduce my exposure to the risk of inhaling cocci spores and developing a cocci infection.  If I would have been informed about the availability of a protective mask, I would have definitely worn one at all times I was required to carry out my job duties. My goal would have been to do whatever I could to prevent inhaling the spores that could cause me to develop a

- 8 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

cocci infection.  I never took any precautionary or preventive measures because, before I was diagnosed with a cocci infection, I never had any idea what the disease was or that I could develop a cocci infection."

21.     For 8 hours a day, five days a week (40 hours a week), Mr. Sandoval performed work duties that placed him in direct contact with significant amounts of dust. His work practices of dry sweeping and dry wipe cloth increased his exposure to cocci spores.   Additionally, he was not provided with any type of face mask or respiratory protection in the course of his work. Mr. Sandoval's attempt to avoid inhaling dust and dirt by pulling his t-shirt over his nose and mouth was an ineffective method of averting inhalation exposure to cocci spores.

22.     If Mr. Sandoval would have been outfitted with an N-95 respirator, his chances of inhaling spores would have decreased from 90 to 95%. NIOSH, a branch of the CDC, approves and tests respiratory devices and rates the respirator to filter out at least 95% of airborne particles. The N-95 respirator is designed to protect against particulates and biological materials and is widely used in medical settings to protect against Mycobacterium tuberculosis, which is the same size as *C. immitis.* Additionally, the N-95 filtering face-piece is recommended to protect against *C. immitis* by the CDC, the Hazard Evaluation System & Information Health Center and Cal/OSHA.

23.     Mr. Sandoval was exposed to additional dust sources from construction projects at FCI Safford, which contributed to his daily risk of exposure to cocci spores. In his declaration, Mr. Sandoval stated: "During my incarceration at FCI Safford, there were several construction projects taking place on the compound and inside the housing unit where I was required to live. There were no safety measures being taken to keep or minimize the amount of dirt and dust from being aerosolized throughout these sites. Instead, dust and dirt would litter the walkways inside the housing units and sidewalks used to access the phones, recreation yard, dining hall, commissary, laundry, and health services building."

- 9 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO
IN LIEU OF DIRECT TESTIMONY**

24.     Mr. Sandoval was at further risk for inhalation of cocci spores based on the amount of time he spent outdoors during windy conditions. In his declaration, Mr. Sandoval stated: "Before I was diagnosed with a cocci infection, I was required to go outside the housing unit where I was exposed to a lot of dust that would be kicked up during windy conditions. I had to be outside in order to participate in any sports or recreation activities. I had to go outside in windy conditions if I wanted access to the television, phones, computers, tables, or benches. These items were in an open air cabana that was not protected from the windy conditions. No one ever warned me, either verbally or in writing, that I should avoid being outside during windy conditions because it placed me at increased risk for developing a cocci infection. If I have been given this warning, I would have avoided the windy conditions whenever possible."

25.   If Mr. Sandoval has been properly warned about the increased risk of inhaling cocci spores while outside during windy conditions, he could have chosen to remain inside and avoid the risk of exposure. He lost the opportunity to do so because of the Defendant's failure to warn.

26.     Mr. Sandoval was also at high risk for inhaling cocci spores in his housing unit. At night, he was exposed to wind-borne dirt and dust that entered the unit through a 3- to 4-inch gap under the exterior door. Mr. Sandoval tried to prevent inhalation of dirt and dust in his housing unit by covering his head with a blanket while attempting to sleep; this was an ineffective method of preventing inhalation of cocci spores. Mr. Sandoval was also at increased risk for inhaling cocci spores in the mornings after arising, when he shook his blanket to remove the aerosolized dust and dirt that had accumulated on the blanket throughout the night. In his declaration, Mr. Sandoval stated: "While I was trying to sleep, dust and dirt entered the housing unit through this 3 – 4" gap and it would become aerosolized. In order to avoid exposure to this dust and dirt, I covered my head and face with a blanket. In the morning, my blanket would be covered

- 10 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

with dust and while I shook it off, I frequently inhaled some of the dust and dirt that became aerosolized."

27.     At a minimum, education and training on Valley fever should include information on the risk of Valley fever, the work activities that may increase the risk, avoidance of dusty conditions, respiratory protection, and measures used to reduce exposure. Training should also include how to recognize Valley fever symptoms and should encourage inmates to promptly seek medical evaluation and treatment.

28.     Based on the forgoing, it is my opinion the Administration at FCI Safford failed to take appropriate measures to protect and prevent Mr. Sandoval from developing Coccidioidomycosis. He was never educated or warned about Coccidioidomycosis.  He was never provided a protective mask while performing his duties as an orderly, nor informed that one was available for his use.  Based on these failures, Mr. Sandoval lost several important opportunities to avoid inhalation of the cocci spores which cause Coccidioidomycosis.

29.     Mr. Sandoval states he would have taken the appropriate measures to avoid inhaling cocci spores if he knew about Coccidioidomycosis.  If Mr. Sandoval would have taken these preventative and protective measures, I believe it is probable it would have substantially reduced his exposure to the cocci spores which cause Coccidioidomycosis and prevented him from developing the disease.  I believe the failure to take these preventative measures was a substantial factor in causing Mr. Sandoval to develop the disseminated cocci infection for which he has been diagnosed by Dr. Lynn Fitzgibbon, his treating infectious disease specialist.

///

///

///

///

///

- 11 -
**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO
IN LIEU OF DIRECT TESTIMONY**

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. If called upon to testify thereto, I could do so competently and truthfully. Executed on December 24, 2019, in Antioch, California.

_____
Peter Jaramillo, CIH
Declarant

**WITNESS DECLARATION OF EXPERT WITNESS PETER JARAMILLO IN LIEU OF DIRECT TESTIMONY**

# EXHIBIT A

CURRICULUM VITAE

# PETER JARAMILLO, MS, CIH

2344 Foothill Drive
Antioch, California 94509
peter@peterjaramillo.com
(925) 984-6561

## EDUCATION

Master of Science, Health Science – California State University, Northridge (1989)

Bachelor of Science, Health Science – California State University, Northridge (1979)

Optometry and Public Health – University of California, Berkeley (1983-1985)

Public Administration – Environmental Management Institute, University of Southern California (1979)

## CITIZENSHIP

United States

## PROFESSIONAL MEMBERSHIPS & AFFILIATIONS

American Industrial Hygiene Association

Northern California Industrial Hygiene Association

Bay Area Environmental Safety Group

American Society of Safety Engineers, Construction Division

Semiconductor Environmental Safety and Health Association

## CERTIFICATIONS

Certified Industrial Hygienist (No. 5151), Comprehensive Practice, American Board of Industrial Hygiene

40-Hour HAZWOPER Certification, Occupational Safety and Health Administration

Transportation Worker Identification Credential®, Transportation Security Administration

## COMPUTER SKILLS

Microsoft Office Suite (Word, Excel, PowerPoint)

Spiramid Database Software

GLP AUSUM Loss Control System

Internet-based Research

## SHORT COURSES & CONTINUING EDUCATION

American Industrial Hygiene Association ANNUAL CONFERENCE (1988–2019)

"Overview of Asbestos and Management" – online (May 2019)

"Leading Edge SRLs and Fall Clearance" – online (May 2019)

"Metalworking Fumes: Safety Compliance With Filtration Can Help" – online (April 2019)

"Preventing Would-Be Rescuer Tragedies: How Wireless Gas Detection Can Help" – online (March 2019)

"A Productivity Analysis of Six Popular Ergonomic Mouse Designs" – online (January 2019)

California Industrial Hygiene Council Conference – San Diego, CA (December 2018)

"Do Hearing Conservation Programs Really Work?" – Oakland, CA (October 2018)

"N95 Day Webinar" – online (September 2018)

"Battery Safety and UL Standards" – online (September 2018)

"Implementation and Benefits of Sit-Stand Workstations" – online (June 2018)

"Green Chemistry and Chemicals Policy" – online (May 2018)

"Vapor Intrusion – Part 2" – online (April 2018)

"Mold Matters: The Effects of Fungi on Building Materials" – online (April 2018)

"Quick Guide to Drinking Fountain ADA Compliance" – online (April 2018)

"Confined Space Rescue: Knowing You're Ready" – online (March 2018)

"Strategies for Managing Pesticide Spray Drift" – online (March 2018)

"Ladder Safety – Plan, Provide, and Train to Save Lives" – online (March 2018)

"Investigating Odor Controls" – online (January 2018)

"THP, A Simple Concept?" – online (January 2018)

"Humidity Technology Pros and Cons – online (December 2017)

"How to Conduct the ANSI Z358.1 Annual Inspection" – online (November 2017)

"A Review of Lead Sampling, Analytical and Data Evaluation Approaches" – online (October 2017)

"Petroleum Vapor Intrusion: Fundamentals of Screening, Investigation, and Management" – online (August 2017)

"The PPE Conundrum: When Both Chemical and Flash Hazards Collide" – online (August 2017)

## SHORT COURSES & CONTINUING EDUCATION (CONTINUED)

"Gas Detection Technology – online (August 2017)

"Non-Ionizing Radiation" – online (January 2017)

"Latest Research on Sit-Stand Workstations" – online (January 2017)

"Legionella Contamination: Contemporary Techniques for Detection and Remediation" – online (October 2016)

"September Headlines in Hygiene Air Sampling" – online (September 2016)

"The Analysis Workflow of the New EPA Method 325 for Fenceline Monitoring" – online (February 2016)

"Sewage Contamination" – online (September 2015)

"Air Sampling Solutions for High-Profile Issues, New Options for Noise Data Collection and Analysis and Hearing Conservation" – Foster City, CA (March 2015)

"Allergens and Allergic Disease" – online (March 2015)

2015 GOSH Conference – Portland, OR (March 2015)

"Catching Up on Silica"– Oakland, CA (December 2014)

"8-Hour Annual HAZWOPER Refresher" – online (November 2014)

"Mold Health Effects" – online(October 2014)

"Strategies for Mold Investigation and Sampling" – online (September 2014)

"Professional Ethics" – Oakland, CA (June 2014)

"The Miracle Mineral: How New Models are Transforming Asbestos Risk Management"– Online (May 2014)

"Fungal Data Interpretation" – online (September 2013)

"Preparing for Global Harmonization: Classification and Labeling of Chemicals" – Portland, Oregon (March 2013)

"Natural and Man Made Disasters:  The Public Health Response" – Oakland, CA (March 2012)

"Introduction to Bacteriology" – San Francisco, CA (February 2012)

"Overview of Respiratory Protection" – San Francisco, CA (October 2011)

"Respirator Fit Testing Workshop" – San Francisco, CA (October 2011)

"Developing Environmental Programs" – Oakland, CA (October 2011)

"Ionizing Radiation Instrumentation" – Portland, OR (May 2011)

## SHORT COURSES & CONTINUING EDUCATION (CONTINUED)

"Hearing Protection and Conservation" – San Ramon, CA (March 2011)

"Sleep Apnea After Exposure to Formaldehyde Containing Resin Dusts" – Chapel Hill, NC, accessed online (November 2010)

"Noise Control Engineering" – Denver, CO (May 2010)

"Ethical Issues for the Practicing Professional" – Oakland, CA (February 2010)

American Industrial Hygiene Association "Media Training" Workshop – Toronto, ON, Canada (June 2009)

"Bacteria Sampling and Data Interpretation" – Fremont, CA (November 2008)

"Risk Assessment Methods for Reproductive and Developmental Health and Safety Hazards" – Minneapolis, MN (June 2008)

OSHA 40-hour "Hazardous Waste Operations and Emergency Response" Training – Oakland, CA (December 2007)

"Ergonomic Interventions and Research" – Oakland, CA (December 2007)

"Nanotechnology, The Science and The Law" – Philadelphia, PA (June 2007)

"ACGIH TLVs: Practical Applications in the Workplace" – Portland, OR (March 2007)

"Global Harmonized System for Worldwide Hazard Communication" – Portland, OR (February 2006)

"Mold Investigation and Sampling" – Fremont, CA (June 2006)

"Expert Testimony" – San Diego, CA (March 2005)

"Respiratory Protection Program" – Berkeley, CA (March 2004)

"Occupational and Environmental Medicine" Symposium – Davis, CA (2004)

"Working Safety with Biopharmaceutical Compounds in R&D and Manufacturing" – Oakland, CA (2003)

"EHS Aspects of High Technology Operations & Regulatory Updates" – Santa Clara, CA (2002)

"Understanding Bioaerosol Behavior" – Oakland, CA (2002)

"Bioterrorism:  Early Recognition, Public Health Response & Clinical Management" – Oakland, CA (2002)

"60-Hz Electric and Magnetic Fields Primer" – San Diego, CA (2002)

"Active and Passive Sampling of Gases and Vapors" – Fremont, CA (2002)

"Sampling of Isocyanates, Aerosols, and Particulates" – Fremont, CA (2002)

## SHORT COURSES & CONTINUING EDUCATION (CONTINUED)

"The Investigation, Management, and Remediation of Mold in Buildings" – Pleasanton, CA (2002)

"Risk Assessment" – San Diego, CA (2001)

"Fundamentals of Biosafety" – San Diego, CA (2001)

"Semiconductor Tool Regulatory Compliance and Safety" – Santa Clara, CA (2001)

"Lead-Based Paint Issues for Certified Industrial Hygienists" – Richmond, CA (2001)

OSHA 10-hour "Construction" Training – Concord, CA (2000)

"Workers' Compensation & Risk Management" – Oakland, CA (2000)

"Current Topics in Cal/OSHA Enforcement" – Oakland, CA (2000)

"Principles and Practices of Fenceline and Community Air Monitoring" – Concord, CA (2000)

National Ergonomics and Conference & Expositions – Anaheim, CA (1999)

"Permit Required Confined Spaces" – Alameda, CA (1999)

"Overview of Radiation Safety for Industrial Hygienists" – Oakland, CA (1999)

"Eye Safety" – Palo Alto, CA (1998)

"Laboratory Health & Safety-Implementing the Chemical Hygiene Plan" – Kansas City, MO (1995)

"Ergonomic Job Analysis" – San Diego, CA (1994)

"Occupational Ergonomics, Work Evaluation, and Prevention of Upper Limbs and Back Disorders" – San Diego, CA (1992)

"Introduction to the Measurement of Electromagnetic Fields" – Oakland, CA (1991)

"Hearing Conservation and Noise Control" – Berkeley, CA (1986)

## PROFESSIONAL EXPERIENCE OVERVIEW

Peter Jaramillo is a proactive, solutions-oriented Certified Industrial Hygienist with over three decades of professional practice in the evaluation and mitigation of occupational hazards. He has extensive experience in complex occupational safety investigations, program development, training, subject matter expertise, field work oversight, and litigation support.

As a partner and principal with Delta Bay Consultants, Mr. Jaramillo provides comprehensive industrial hygiene (IH) and health & safety services that address a full range of occupational hazards – chemical, physical, biological, and ergonomic.  He develops and oversees health & safety programs, policies, and procedures; conducts noise and indoor air quality investigations, risk assessments, and ergonomics surveys; assesses work practices, engineering controls, personal protective equipment, and emergency preparedness; develops and performs health & safety training; evaluates confined space and addresses complex ventilation issues; acts as technical resource, peer reviewer, and regulatory liaison; and provides expert witness testimony, IH-related legal research and document review, and other support for legal cases.

Mr. Jaramillo has conducted well over a thousand IH and safety investigations across a wide spectrum of industries—including roadway and bridge construction, manufacturing and production, mining, environmental, petroleum, insurance, building construction, biotechnology/pharmaceutical, utilities, education, and legal.

## AREAS OF EXPERTISE

- Biological Hazards – *Animal Allergens, Bloodborne Pathogens, Coccidioides*
- Chemical Contaminants
- Confined Space
- Engineering Controls
- Ergonomics
- Expert Witness Testimony
- Field Work Oversight
- Health & Safety Training
- Indoor Air Quality
- Industrial Hygiene Investigations
- Job Hazard Analyses
- Litigation Support – *Case Document Review, Expert Witness Testimony, Legal Research, Retrospective Air Quality Assessments*
- Noise Monitoring
- Peer Review
- Personal Protective Equipment
- Program & Plan Development
- Risk Assessments
- Staff Development & Supervision
- Workers Compensation

## PROFESSIONAL HISTORY

| | |
|---|---|
| 2017–present | *Partner and Principal Industrial Hygienist*<br>Delta Bay Consultants, LLC – Antioch, CA |
| 1997–2017 | *Owner and Principal Industrial Hygienist*<br>Risk Control Consulting Services – Pleasant Hill and Antioch, CA |
| 1999–2000 | *Industrial Hygiene Supervisor*<br>McLaren-Hart – Alameda, CA |
| 1995–1997 | *Director, Industrial Hygiene*<br>CNA Insurance Company – San Francisco, CA |
| 1991–1995 | *Corporate Industrial Hygiene Manager*<br>Transamerica/TIG Insurance Companies – Woodland Hills and Concord, CA |
| 1988–1991 | *Regional Industrial Hygienist*<br>CNA Insurance Company – Woodland Hills, CA |
| 1986–1988 | *Senior Industrial Hygienist*<br>McDonnell Douglas Aircraft – Torrance, CA |
| 1985–1986 | *Health & Safety Engineer*<br>Northrop Aircraft – Hawthorne, CA |
| 1978–1983 | Registered Sanitarian / Environmental Health Specialist<br>Los Angeles County – Los Angeles, CA |

## INDUSTRIES SERVED

- Agriculture
- Biotechnology
- Bridge Construction & Demo
- Building Construction
- Correctional Facilities
- Educational Institutions
- Energy – *Electrical, Nuclear, Solar, Wind*
- Environmental Consulting
- Food Processing & Production
- General Office
- High-Tech
- Hospitals & Health Care Facilities
- Insurance
- Laboratory Testing
- Machine Operation
- Manufacturing – *Automotive, Chemicals, Electronics, Lumber & Timber, Machine Parts, Medical Devices, Paints, Paper, Petroleum Products, Semiconductor*
- Metalworks – *Casting, Foundries, Welding*
- Military Installations
- Mining – *Mines, Rock Quarries, Sand Plants*
- Oil Refineries
- Pharmaceutical
- Maritime: Port & Marina Operations, Shipping
- Retail
- Road Construction
- Transportation
- Underground Storage Tanks
- Utilities

## TRAINING PROGRAM SUBJECTS

- Aging Workforce
- Asbestos
- Bio Hazards – *Animal Allergens, Anthrax, Lentivirus*
- Bloodborne Pathogens
- Chemical Hazards – Hexavalent Chromium, Lead, Silica, Sodium Azide
- Chemical Hygiene
- Confined Space
- Ergonomics

- Hazard Communication
- Heat Stress
- Hearing Conservation
- Injury & Illness Prevention
- Laboratory Safety
- Laser Safety
- Personal Protective Equipment
- Respiratory Protection
- Vision & Eye Safety

## PRESENTATIONS & PUBLICATIONS

"The Aging Workforce: Challenges Facing the Safety Professional" (2008).  Contra Costa County-CAER Industrial Hygiene Group.

"Hexavalent Chromium" (2006).  ASSE Construction Division.

"Crystalline Silica and SB 712 Mold Disclosure" (2003).  Contra Costa County-CAER Industrial Hygiene Group.

"The Aging Workforce" (2002).  State Compensation Fund.

Jaramillo, P., 1999.  "Oregon OSHA Breaks the Stereotype of Governmental Agency," *The Synergist*.  September.

"Industrial Hygiene Monitoring: What You Can Do As a Safety Professional" (1992).  Southern California Industrial Safety Society.