Peter G. Bertling [S.B. #131602]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com

Attorneys for Plaintiff
OSCAR SANDOVAL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL,<br><br>                 Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | Case No. 2-17-cv-03092-DMG-SK<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br>Action Filed: April 25, 2017<br>Judge: Hon. Dolly M. Gee<br>Ctrm: 8C – 8th Floor<br><br>**Trial: January 14, 2020** |

| **Plaintiff's Exhibits** | | | |
|---|---|---|---|
| **Exhibit No.** | **Description** | **Date Identified** | **Date Admitted** |
| 1. | January 2004 Memorandum to all BOP Health Services Staff | | |
| 2. | 10/1/13: Memorandum from Dr. Newton Kendig to all BOP Wardens including attachment | | |
| 3. | 10/31/13: Email from Susan Fritz re Valley Fever including attachments | | |
| 4. | 11/1/13: Email from Ricardo Willis re Valley Fever | | |
| 5. | 11/12/13: Email from Susan Fritz re Valley Fever Awareness Week in Arizona | | |
| 6. | Compilation of Selected 2014 BOP Medical Records Prepared by Plaintiff | | |
| 7. | Compilation of Selected 2015 BOP Medical Records Prepared by Plaintiff | | |
| 8. | Compilation of Selected 2016 BOP Medical Records Prepared by Plaintiff | | |
| 9. | Compilation of Selected 2017 BOP Medical Records Prepared by Plaintiff | | |
| 10. | Compilation of Selected 2018 BOP Medical Records Prepared by Plaintiff; including certain records from 2017 | | |
| 11. | Compilation of Selected 2019 BOP Medical Records Prepared by Plaintiff | | |
| 12. | 7/10/15: Email from Mr. Sandoval to Health Services | | |
| 13. | 8/10/15: Email from Mr. Sandoval to Health Services | | |
| 14. | 8/13/15: Email from Mr. Sandoval to Health Services | | |
| 15. | 8/25/15: BOP email to Mr. Sandoval | | |
| 16. | 8/24/15: Attempt at Informal Resolution | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 17. | 9/10/15: Email from Mr. Lunt to Mr. Sandoval | | |
| 18. | 9/11/15: Request for Administrative Remedy | | |
| 19. | 1/5/17: Email from Mr. Sandoval to Health Services | | |
| 20. | 3/23/17: Email from Mr. Sandoval to Health Services | | |
| 21. | 4/19/17: Inmate Request to Staff | | |
| 22. | 4/19/17: Email from Mr. Sandoval to Dr. Gulani | | |
| 23. | 4/24/17: Email from Mr. Sandoval to Mr. Corazca | | |
| 24. | 6/6/17: Email from Mr. Sandoval to Health Services | | |
| 25. | 7/25/17: Email from Mr. Sandoval to Dr. Spitz | | |
| 26. | 9/5/17: Email from Mr. Sandoval to Health Services | | |
| 27. | 9/6/17: Inmate Request to Staff | | |
| 28. | 9/6/17: Email from Mr. Sandoval to Health Services | | |
| 29. | 9/8/17: Request for Administrative Remedy | | |
| 30. | 10/3/17: Letter to Dr. Lynn Fitzgibbons from Mr. Sandoval | | |
| 31. | 12/11/17: Memorandum to Inmate Population from Warden Steve Langford | | |
| 32. | 12/19/17: Email from Mr. Sandoval to Health Services | | |
| 33. | 5/3/18: Email from Mr. Sandoval to Health Services | | |
| 34. | 5/10/18: Email from Mr. Sandoval to Health Services | | |
| 35. | 6/4/18: Email from Mr. Sandoval to Health Services | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 36. | 10/21/18: Email from Mr. Sandoval to Warden | | |
| 37. | 1/3/19: Email from Mr. Sandoval to Health Services | | |
| 38. | 7/3/19: Email from Mr. Sandoval to Health Services | | |
| 39. | 8/19/19: Email from Mr. Sandoval to Health Services | | |
| 40. | 9/9/19: Email from Mr. Sandoval to Health Services | | |
| 41. | Safford Inmate Orientation Handbook | | |
| **Defendant's Exhibits** | | | |
| 201. | 2014 Infection Prevention and Control Surveillance Report (Inmates), January 15, 2015 (USA000816–USA000819) | | |
| 202. | 2015 Infection Prevention and Control Surveillance Report (Inmates), January 21, 2016 (USA000820–USA000823) | | |
| 203. | Detainer Action Letter, January 28, 2010 (USA000841–USA000843) | | |
| 204. | Sentence Monitoring Computation Data, June 18, 2019 (USA000837–USA000840) | | |
| 205. | Medical Duty Status for Oscar Sandoval, April 14, 2018 (USA000118) | | |
| 206. | Medical Duty Status for Oscar Sandoval, June 17, 2018 (USA000117) | | |
| 207. | Medical Duty Status for Oscar Sandoval, July 12, 2019 (USA001008) | | |
| 208. | Expert Report from Ben Kollmeyer, MPH, CIH | | |
| 209. | Expert Report from Antonino Catanzaro, M.D. | | |
| 210. | Curriculum Vita for Antonino Catanzaro, M.D. | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 211. | Expert Report from Roger Thrush, Ph.D | | |
| 212. | Curriculum Vita for Roger Thrush, Ph.D | | |
| 213. | Expert Report from Stephanie Engler, RN, MSNEd, CLCP | | |
| 214. | Curriculum Vita for Stephanie Engler, RN, MSNEd, CLCP | | |
| 215. | Expert Report from Jerald Udinsky, Ph.D, A.S.A. | | |
| 216. | Medical Duty Status for Oscar Sandoval, September 10, 2019 (USA001667) | | |

Respectfully submitted,

Dated: January 10, 2020         BERTLING LAW GROUP, INC.

/s/ Peter G. Bertling
Peter G. Bertling
Attorneys for Plaintiff
OSCAR SANDOVAL

Dated: January 10, 2020         NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Timothy D. Biché
Timothy D. Biché
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA