JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SANDOVAL, | Case No. CV 17-3092 DMG (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed on July 23, 2021,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Oscar Sandoval and against Defendant United States of America on Plaintiff's negligence claim for failure to warn, in the amount of $78,624.01 in future medical expenses and $50,000 in noneconomic damages.

DATED: July 23, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE